

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MCCAIN-PALIN 2008, INC., )
)
*Plaintiff,* )
)
v. ) Case No. 3:08CV709
)
JEAN CUNNINGHAM, )
Chairman, Virginia State Board of Elections; )
HAROLD PYON, )
Vice-Chairman, Virginia State Board of Elections; )
and NANCY RODRIGUES, )
Secretary, Virginia State Board of Elections, )
)
*Defendants.* )
)

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, McCain-Palin 2008, Inc., plaintiff in the above captioned action, by counsel, certifies that it has nothing to report under Local Civil Rule 7.1(A)(1)(a).

MCCAIN-PALIN 2008, INC.

By _____
Of Counsel

William H. Hurd (VSB No. 16769)
 william.hurd@troutmansanders.com
Ashley L. Taylor, Jr. (VSB No. 36521)
 ashley.taylor@troutmansanders.com
Paige S. Fitzgerald (VSB No. 35184)
 paige.fitzgerald@troutmansanders.com
Stephen C. Piepgrass (VSB No. 71361)
 stephen.piepgrass@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23219
(804) 697-1200 (phone)
(804) 698-5147 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that, on the 3rd day of November, 2008, I have filed the foregoing with the Clerk of Court and have hand-delivered a copy of to:

>Maureen Matson, Esq.
>Deputy Attorney General
>Office of the Attorney General
>900 East Main Street
>Richmond, VA 23219
>(804) 786-2071
>
>*Counsel for Defendants*
>
>/s/ Stephen C. Piepgrass
>William H. Hurd (VSB No. 16769)
>  william.hurd@troutmansanders.com
>Ashley L. Taylor, Jr. (VSB No. 36521)
>  ashley.taylor@troutmansanders.com
>Paige S. Fitzgerald (VSB No. 35184)
>  paige.fitzgerald@troutmansanders.com
>Stephen C. Piepgrass (VSB No. 71361)
>  stephen.piepgrass@troutmansanders.com
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>P.O. Box 1122
>Richmond, Virginia 23219
>(804) 697-1200 (phone)
>(804) 698-5147 (fax)
>
>*Counsel for Plaintiffs*

1780696

3