AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MCCAIN-PALIN 2008, INC. <br> Plaintiff <br> v. <br> JEAN CUNNINGHAM, ET AL. <br> Defendant | ) <br> ) <br> )    Civil Action No. 3:08cv709 <br> ) <br> ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

    JEAN CUNNINGHAM
    c/o James Hopper
    Office of the Attorney General of Virginia
    900 East Main Street, Richmond, VA 23219

A lawsuit has been filed against you.    w/ motion TRO

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   William H. Hurd, Esq.
   Troutman Sanders LLP
   1001 Haxall Point
   Richmond, Virginia 23219

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

                                                   Fernando Galindo, Clerk
                                                      Name of clerk of court

Date:    11/03/2008                               FILE COPY
                                                      Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MCCAIN-PALIN 2008, INC. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 3:08cv709 |
| JEAN CUNNINGHAM, ET AL. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

HAROLD PYON
c/o James Hopper
Office of the Attorney General of Virginia
900 East Main Street, Richmond, VA 23219

A lawsuit has been filed against you.

w/ motion TRO

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William H. Hurd, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
Name of clerk of court

Date: __11/03/2008__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MCCAIN-PALIN 2008, INC. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 3:08cv709 |
| JEAN CUNNINGHAM, ET AL. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

NANCY RODRIGUES
c/o James Hopper
Office of the Attorney General of Virginia
900 East Main Street, Richmond, VA 23219

A lawsuit has been filed against you.

w/ motion TRO

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William H. Hurd, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
Name of clerk of court

FILE COPY

Date:  11/03/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*