UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

MCCAIN-PALIN, 2008, INC.

      Plaintiffs,

v.                                Case No. 3:08cv709

JEAN CUNNINGHAM, *et al.*,

      Defendants.

## **NOTICE OF APPEARANCE**

Robert A. Dybing, John A. Gibney, Jr., and the firm ThompsonMcMullan, P.C., hereby enter their appearance as counsel for the defendants, Jean Cunningham, Harold Pyon, and Nancy Rodrigues.

                JEAN CUNNINGHAM, *et al.*

                By __/s/_____
                      Counsel

Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
Attorney for Defendants
ThompsonMcMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
Telephone: (804)649-7545
Fax: (804)780-1813
Email: rdybing@t-mlaw.com
jgibney@t-mlaw.com

Certificate of Service

I certify that on November 4, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.
.

> By: /s/_____
> Robert A. Dybing, VSB No. 32712
> John A. Gibney, Jr., VSB No. 15754
> Counsel for Defendants
> ThompsonMcMullan, P.C.
> 100 Shockoe Slip, Third Floor
> Richmond, Virginia 23219
> (804)649-7545
> Fax: (804)780-1813
> rdybing@t-mlaw.com
> jgibney@t-mlaw.com