AO 440 (Rev. 04/08) Civil Summons

**FILED**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia    2008 NOV -4  A 10: 13

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

| MCCAIN-PALIN 2008, INC. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:08cv709 |
| JEAN CUNNINGHAM, ET AL. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

JEAN CUNNINGHAM
c/o James Hopper
Office of the Attorney General of Virginia
900 East Main Street, Richmond, VA 23219

A lawsuit has been filed against you.    w/ motion TRO

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William H. Hurd, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
Name of clerk of court

Deputy clerk's signature

Date: __11/03/2008__

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

dockets.Justia.com

# AFFIDAVIT OF SERVICE
## SERVICE BY PRIVATE PROCESS

CASE # 3:08cv709

I, the undersigned __Shawn Tunstall__ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the __3__ day of __Nov.__, 2008, at __3:10__ am/pm, I served:

__Jean Cunningham__
__c/o James Hopper__
__Office of the Attorney General of VA__
__900 E Main St, Richmond VA 23219__

the attached:
- ☐ Subpoena Duces Tecum
- ☐ Motion for Judgment
- ☐ Personal Service: _____
- ☐ Registered Agent: _____
- ☐ Witness Subpoena
- ☐ Warrant in Debt
- ☐ Subpoena in a Civil Case
- ☒ Other __Summons, Civil Cover Sheet, Complaint, Financial Interest disclosure, Motion for TRO and Preliminary Injunction, Memorandum in Support of Motion for TRO and Preliminary Injunction__

Being unable to make personal service, a copy was delivered in the following manner:

☒ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: __STEINHOFF__

☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: _____

☐ Posted on the front door or other such entrance as appears to be the main entrance.

☐ Served on the Secretary of the Commonwealth. Accepted by: _____

☐ Served on the State Corporation Commission. Accepted by: _____

☐ Not Found/Unable to Serve

Process Server: _[signature]_
Downtown Direct Process Servers
911 W. Grace Street
Richmond, Virginia 23220

County/City of __Richmond__

[Notary seal: ERIC DAVID WERNER, NOTARY PUBLIC, REG # 250736, MY COMMISSION EXPIRES 12/31/2011, COMMONWEALTH OF VIRGINIA]

Attempt: _____
Wrong Address: _____

Sworn and affirmed before me this __3__ day of __Nov__ 2008

My commission expires __Dec 2011__

State of VIRGINIA

FILED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2008 NOV -4 A 10: 13

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

| | | |
|---|---|---|
| MCCAIN-PALIN 2008, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:08cv709 |
| JEAN CUNNINGHAM, ET AL. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

HAROLD PYON
c/o James Hopper
Office of the Attorney General of Virginia
900 East Main Street, Richmond, VA 23219

A lawsuit has been filed against you.

w/ motion TRO

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William H. Hurd, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
Name of clerk of court

Date: 11/03/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# AFFIDAVIT OF SERVICE
## SERVICE BY PRIVATE PROCESS

CASE # 3:08cv709

I, the undersigned __Shaun M Tunstall__ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the __3__ day of __Nov__, 2008, at __3:10__ am/**pm**, I served:

__Harold Pyon__
__c/o James Hopper__
__Office of The Attorney General of Virginia__
__900 E Main St, Rich, Va 23219__

the attached:
- ☐ Subpoena Duces Tecum
- ☐ Motion for Judgment
- ☐ Witness Subpoena
- ☐ Warrant in Debt
- ☐ Subpoena in a Civil Case
- ☑ Other __Summons, Civil Cover Sheet, Complaint, Financial Interest Disclosure, Motion for TRO and Preliminary Injunction, Memorandum in Support of Motion for TRO and Preliminary Injunction__

☐ Personal Service: _____
☐ Registered Agent: _____

Being unable to make personal service, a copy was delivered in the following manner:

☑ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: __STEINHOFF__

☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: _____

☐ Posted on the front door or other such entrance as appears to be the main entrance.

☐ Served on the Secretary of the Commonwealth. Accepted by: _____

☐ Served on the State Corporation Commission. Accepted by: _____

☐ Not Found/Unable to Serve

Process Server: _signature_
Downtown Direct Process Servers
911 W. Grace Street
Richmond, Virginia 23220

County/City of __Richmond__

State of VIRGINIA

Attempt: _____
Wrong Address: _____

Sworn and affirmed before me this __3__ day of __Nov__ 2008

My commission expires __Dec 2011__

[Notary Seal: ERIC DAVID WERNER, NOTARY PUBLIC, REG # 250736, MY COMMISSION EXPIRES 12/31/2011, COMMONWEALTH OF VIRGINIA]

AO 440 (Rev. 04/08) Civil Summons

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2008 NOV -4 A 10: 13

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

| MCCAIN-PALIN 2008, INC. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:08cv709 |
| JEAN CUNNINGHAM, ET AL. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

NANCY RODRIGUES
c/o James Hopper
Office of the Attorney General of Virginia
900 East Main Street, Richmond, VA 23219

A lawsuit has been filed against you. w/ motion TRO

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William H. Hurd, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23219

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
Name of clerk of court

Date:  11/03/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# AFFIDAVIT OF SERVICE
## SERVICE BY PRIVATE PROCESS

CASE # 3:08cv709

I, the undersigned __Shawn M Tunshall__ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the __3__ day of __Nov.__, 2008, at __3:10__ am/~~pm~~ I served:

__Nancy Rodrigues__
__c/o Janis Hoppe__
__Office of the Attorney General of Va.__
__900 E Main St, Richmond, Va. 23219__

the attached:
- ☐ Subpoena Duces Tecum
- ☐ Witness Subpoena
- ☐ Subpoena in a Civil Case
- ☐ Motion for Judgment
- ☐ Warrant in Debt
- ☒ Other __Summons, Complaint, Civil cover sheet, Financial interest disclosure, Motion for TRO + Preliminary Injunction, Memorandum in Support of Motion for TRO and preliminary injunction__
- ☐ Personal Service: _____
- ☐ Registered Agent: _____

Being unable to make personal service, a copy was delivered in the following manner:

☒ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: __STEINHOFF__

☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: _____

☐ Posted on the front door or other such entrance as appears to be the main entrance.

☐ Served on the Secretary of the Commonwealth. Accepted by: _____

☐ Served on the State Corporation Commission. Accepted by: _____

☐ Not Found/Unable to Serve

Process Server: _[signature]_
Downtown Direct Process Servers
911 W. Grace Street
Richmond, Virginia 23220

County/City of __Richmond__

State of VIRGINIA

Attempt: _____
Wrong Address: _____

Sworn and affirmed before me this __3__ day of __Nov__ 2008

My commission expires __Dec 2011__

[Notary seal: ERIC DAVID WERNER, NOTARY PUBLIC, REG # 250736, MY COMMISSION EXPIRES 12/31/2011, COMMONWEALTH OF VIRGINIA]