**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 11/4/08

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>McCain-Palin 2008, Inc.<br>v.<br>Jean Cunningham, et al. | CASE NO: 3:08CV709<br>JUDGE: Williams<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by (✓)/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

FILED NOV - 4 2008 CLERK, U.S. DISTRICT COURT RICHMOND, VA

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Ct orders that the defendants instruct local officials to handle absentee ballots received after 7pm today as will be set forth in an order that will be entered by 5pm today; the defendants shall file a response by 5pm on Nov. 6; the plaintiffs shall file their reply by 1pm on Nov. 7; a hearing on this matter shall be held on Nov. 10 at a time to be agreed on by counsel and chambers

Counsel for Plaintiff(s)
William H. Hurd, Ashley L. Taylor, Jr., Stephen C. Piepgrass

Counsel for Defendant(s)
Robert Dybing

SET: 2:00pm    BEGAN: 2:05pm    ENDED: 3:08pm    TIME IN COURT: 23 mins.

RECESSES: 2:26pm - 3:06