UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

MCCAIN-PALIN, 2008, INC.

    Plaintiffs,

v.                                  Case No. 3:08cv709

JEAN CUNNINGHAM, *et al.*,

    Defendants.

## **MOTION TO DISMISS**

The defendants, Jean Cunningham, Nancy Rodrigues, and Harold Pyon, in their official capacity, by counsel, move to dismiss this matter for the reasons set forth in the accompanying memorandum of law.

                                                JEAN CUNNINGHAM, *et al.*

                                                By   /s/_____
                                                            Counsel

Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
Attorney for Defendants
ThompsonMcMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
Telephone: (804)649-7545
Fax: (804)780-1813
Email: rdybing@t-mlaw.com
jgibney@t-mlaw.com

**Certificate of Service**

       I certify that on November 6, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.
.

       By:    /s/_____
Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
Counsel for Defendants
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
(804)649-7545
Fax: (804)780-1813
rdybing@t-mlaw.com
jgibney@t-mlaw.com