# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| MCCAIN-PALIN 2008, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>JEAN CUNNINGHAM, )<br>Chairman, Virginia State Board of Elections; )<br>HAROLD PYON, )<br>Vice-Chairman, Virginia State Board of Elections; )<br>and NANCY RODRIGUES, )<br>Secretary, Virginia State Board of Elections, )<br>)<br>*Defendants*. )<br>)<br>_____) | Case No. 3:08cv709 |

## NOTICE OF WITHDRAWAL OF
## PROPOSED AMENDED COMPLAINT

Plaintiff McCain-Palin 2008, Inc. ("McCain") hereby withdraws its proposed Amended Complaint, which was tendered to the Court on behalf of McCain and Thelma Drake for Congress. McCain proceeds on its original Complaint. The proposed Amended Complaint never became operative, because, when it was submitted to the Court, Defendant had already filed a responsive pleading, thus requiring an order from the Court, in order for the Amended Complaint to be operative. *See* Fed. R. Civ. P. 15(a)(2). No such Order has been entered.

MCCAIN-PALIN 2008, INC.

By: _____/s/_____
Stephen C. Piepgrass (VSB No. 71361)
Counsel

William H. Hurd (VSB No. 16769)
 william.hurd@troutmansanders.com
Ashley L. Taylor, Jr. (VSB No. 36521)
 ashley.taylor@troutmansanders.com
Paige S. Fitzgerald (VSB No. 35184)
 paige.fitzgerald@troutmansanders.com
Stephen C. Piepgrass (VSB No. 71361)
 stephen.piepgrass@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point, P.O. Box 1122
Richmond, Virginia 23219
(804) 697-1200 (phone)
(804) 698-5147 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 14th day of November, 2008, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Robert A. Dybing, Esquire
>  rdybing@t-mlaw.com
> John A. Gibney, Jr. Esquire
>  jgibney@t-mlaw.com
> Thompson McMullen
> 100 Shockoe Slip
> Richmond, Virginia 23219
> (804) 649-7545 (phone)
> (804) 649-0654 (fax)
> *Counsel for Defendants*

and

> Robin E. Perrin, Esq.
> Assistant United States Attorney
> United States Attorney's Office
> 600 East Main Street, Suite 1800
> Richmond, Virginia 23219
> Telephone: (804) 819-5400
> Facsimile: (804) 819-7417
> Robin.Perrin2@usdoj.gov

Christopher Coates, Esq.
  Chief, Voting Section
Rebecca J. Wertz, Esq.
  Principal Deputy Chief
Alberto Ruisanchez, Esq.
Lema Bashir, Esq.
  Trial Attorneys
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave., NW
Room NWB-7254
Washington, D.C. 20530
Phone: (202) 305-1291
Fax: (202) 307-3961
rebecca.j.wertz@usdoj.gov
alberto.ruisanchez@usdoj.gov
lema.bashir@usdoj.gov

*Counsel for Intervening Plaintiff
the United States of America*

_____/s/_____
Stephen C. Piepgrass (VSB No. 71361)
  stephen.piepgrass@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia  23219
(804) 697-1200 (phone)
(804) 698-5147 (fax)
  *Counsel for Plaintiff*

1784050