UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

MCCAIN-PALIN, 2008, INC.

       Plaintiffs,

v.                                     Case No. 3:08cv709

JEAN CUNNINGHAM, *et al.*,

       Defendants.

**RESPONSE TO MOTION TO INTERVENE**

      The defendants, Jean Cunningham, Nancy Rodrigues, and Harold Pyon (the

"Defendants"), the members of the Virginia Board of Elections, in their official capacity,

by counsel, do not object to the motion to intervene filed by the United States of

America, by and through the Attorney General for the United States, in this matter.

                          JEAN CUNNINGHAM, *et al.*

                          By   /s/                
                                 Counsel

Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
Attorney for  Defendants
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804)649-7545
Fax: (804)780-1813
Email: rdybing@t-mlaw.com
jgibney@t-mlaw.com

## Certificate of Service

I certify that on November 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

By:   /s/_____

Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
Counsel for Defendants
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
(804)649-7545
Fax: (804)780-1813
rdybing@t-mlaw.com
jgibney@t-mlaw.com