# CIVIL NON-JURY TRIAL OR MOTION HEARING
## MINUTE SHEET

DATE:  11/17/08

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>McCain-Palin 2008, Inc., et al.<br>v.<br>Jean Cunningham, Chairman, et al. | CASE NO: 3:08CV709<br><br>JUDGE: Williams<br><br>COURT REPORTER:  G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by (✓)/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: *Motion to Intervene, Motion to Dismiss*

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Govt's motion to intervene granted; ct denies the motion for preliminary injunction and motion for tro; order of 11/4 remains in effect; dft's motion to dismiss complaint of pltfs' McCain-Palin 2008, Inc. & Thelma Drake for congress is granted; a hearing on motion to dismiss the govt's complaint to be held 12/18/08 at 2:30 pm; the govt has until Dec. 1 to file response; dfts have until Dec. 3 to file reply; order to enter

Counsel for Plaintiff(s)
William H. Hurd, Ashley L. Taylor, Jr.; Alberto Ruisanchez, Chris Coates

Counsel for Defendant(s)
Robert A. Dybing, John Gibney

SET: 2:00 pm    BEGAN: 2:13 pm    ENDED: 3:11 pm    TIME IN COURT:

RECESSES: 2:36 pm - 2:59 pm                                    35 mins.