## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| MCCAIN-PALIN 2008, INC.; and ) <br> THE UNITED STATES OF AMERICA, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br>  ) <br> v. ) <br>  ) <br> JEAN CUNNINGHAM, ) <br> Chairman, Virginia State Board of Elections; ) <br> HAROLD PYON, Vice-Chairman, Virginia State ) <br> Board of Elections; and NANCY RODRIGUES, ) <br> Secretary, Virginia State Board of Elections; ) <br>  ) <br> Defendants. ) <br> _____) | Case No. 3:08CV709 |

### CONSENT MOTION TO AMEND COMPLAINT

The United States hereby moves this Court for an order permitting the United States to amend its Complaint in Intervention, pursuant to Fed. R. Civ. P. 15(a)(2), to clarify the named defendants in this action, specifically that the United States' Complaint names as defendants the Commonwealth of Virginia and the Virginia State Board of Elections (rather than the individual members). In support, the United States states as follows:

1. On November 17, 2008, this Court granted the United States' Motion to Intervene as a plaintiff in this action. Also on November 17, 2008, this Court granted the defendants' Motion to Dismiss plaintiff McCain-Palin 2008, Inc. from the case.

2. In paragraphs 4 and 5 of the Plaintiff United States' original Complaint in Intervention, both the Commonwealth of Virginia and the Virginia State Board of Elections were named as defendants, however the caption to the Complaint bore the original caption of the

matter into which the United States sought to intervene.[1]

3. By this motion, Plaintiff United States seeks to clarify that its Complaint in the above-captioned case designates both the Commonwealth of Virginia and the Virginia State Board of Elections as the defendants in this action.

4. Plaintiff United States has received responsive pleadings from Defendants Cunningham, Pyon, and Rodrigues, the members of the Virginia State Board of Elections, and thus respectfully requests this Court's leave to amend its Complaint.

5. Counsel for Defendants Cunningham, Pyon, and Rodrigues has consented to this amendment. Counsel for Defendants Cunningham, Pyon, and Rodrigues will also represent the Virginia State Board of Elections and the Commonwealth of Virginia in this matter, and counsel for the parties stipulate that the Motion to Dismiss the United States' Complaint in Intervention, Memorandum in Support of Motion to Dismiss, and Answer filed by Defendants Cunningham, Rodrigues and Pyon should be deemed to have been filed by the Virginia State Board of Elections and the Commonwealth of Virginia in response to the Complaint in Intervention.

## **CONCLUSION**

Based on the above, the United States respectfully moves this Court to grant leave to file and serve the attached First Amended Complaint.

---

[1] For purposes of this Consent Motion to Amend Complaint, and the accompanying Proposed Order, the United States adopts the caption specified in this Court's most recent order and in the docket sheet for this case.

Date: November 26, 2008

Respectfully submitted,

MICHAEL B. MUKASEY
Attorney General

GRACE CHUNG BECKER
Acting Assistant Attorney General

DANA J. BOENTE
Acting United States Attorney


_____/s/_____
ROBIN PERRIN
Assistant United States Attorney
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robin.Perrin2@usdoj.gov

CHRISTOPHER COATES
Chief, Voting Section

REBECCA J. WERTZ
Principal Deputy Chief
ALBERTO RUISANCHEZ
LEMA BASHIR
Trial Attorneys
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave., NW
Room NWB-7254
Washington, D.C. 20530
Phone: (202) 305-1291
Fax: (202) 307-3961
rebecca.j.wertz@usdoj.gov
alberto.ruisanchez@usdoj.gov
lema.bashir@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

>Robert A. Dybing
>rdybing@t-mlaw.com
>Attorney for the Defendants


By: /s/
_____
Robin E. Perrin
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robin.Perrin2@usdoj.gov