IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MCCAIN-PALIN 2008, INC.; and )
THE UNITED STATES OF AMERICA, )
    )
  Plaintiffs, )
    )  Case No. 3:08CV709
  v. )
    )
JEAN CUNNINGHAM, )
Chairman, Virginia State Board of Elections; )
HAROLD PYON, Vice-Chairman, Virginia State )
Board of Elections; and NANCY RODRIGUES, )
Secretary, Virginia State Board of Elections, )
    )
  Defendants. )

## ORDER GRANTING UNITED STATES' CONSENT MOTION TO AMEND ITS COMPLAINT

On November 26, 2008, the United States filed a Consent Motion to Amend its Complaint to clarify the identities of the named defendants in its original Complaint in Intervention. After reviewing such Consent Motion, this Court hereby **ORDERS**:

(1) That the United States be permitted to file and serve its First Amended Complaint; and

(2) That the Motion to Dismiss the United States' Complaint in Intervention, Memorandum in Support of Motion to Dismiss, and Answer filed by Defendants Cunningham, Rodrigues and Pyon is deemed to have been filed by the Virginia State Board of Elections and the Commonwealth of Virginia in response to the Complaint in Intervention.

Date:  **NOV 2 6 2008**

/s/
Richard L. Williams
United States District Judge