# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 12/8/08

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>United States of America<br>v.<br>Jean Cunningham, et al. | CASE NO: 3:08CV709<br>JUDGE: Williams<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( )　MOTION HEARING (✓)　OTHER: _____

APPEARANCES: Parties by (✓/with ( ) counsel　Pro Se ( )

MOTIONS BEFORE TRIAL: Motion to Dismiss

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )　DEFENDANT(S) ( )　COURT ( )

OPENING STATEMENTS MADE ( )　　OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )　RESTED ( )　MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )　RESTED ( )　MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )　　SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )　　ARGUMENTS OF COUNSEL HEARD (✓)

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )　MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )　TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Motion denied; order to enter to refer to magistrate judge for settlement

**Counsel for Plaintiff(s)**
Robin E. Perrin, Alberto Ruisanchez and Rebecca Wertz

**Counsel for Defendant(s)**
Robert A. Dybing

SET: 2:30pm　BEGAN: 2:53pm　ENDED: 3:11pm　TIME IN COURT: 18 mins.

RECESSES: