IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MCCAIN-PALIN 2008, INC.,
and
UNITED STATES OF AMERICA,

    Plaintiffs,

v.

JEAN CUNNINGHAM, *et al.*,

    Defendants.

Civil Action Number 3:08cv709

## **ORDER**

This matter is before the Court on the defendants' motion to dismiss the United States' complaint. For the reasons stated from the bench, the Court DENIES the defendants' motion to dismiss.

For the reasons stated from the bench, the Court concludes that a settlement conference is appropriate. Counsel are DIRECTED to jointly contact the Chambers of the Honorable United States Magistrate Dennis W. Dohnal at 804-916-2270 within ten (10) days of the date of this Order to schedule a settlement conference. Counsel are ORDERED to have with them at the settlement conference parties with settlement authority. Counsel are also ORDERED to determine what, if any, additional requirements, such as a settlement position brief, Judge Dohnal requires prior to the settlement conference.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to the Honorable United States Magistrate Judge Dennis W. Dohnal.

| December 8, 2008 | /s/ |
|---|---|
| DATE | RICHARD L. WILLIAMS |
| | SENIOR UNITED STATES DISTRICT JUDGE |