

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:08CV709, Case Name McCain-Palin, Inc and United States v. Cunningham, et al.
Party Represented by Applicant: United States

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Richard Dellheim
Bar Identification Number N/A  State New York
Firm Name United States Department of Justice
Firm Phone # 202-305-1734  Direct Dial # same  FAX # 202 307 3961
E-Mail Address Richard.Dellheim@usdoj.gov
Office Mailing Address Civil Rights Division Voting Section, 950 Pennsylvania Avenue, N.W./NWB Room 7254 Washington, DC 20530
Name(s) of federal court(s) in which I have been admitted District of Maryland; District of South Carolina (Pro Hac Vice); Northern District of New York (Pro Hac Vice)

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rule Evidence is current.

I am ✓ am not ____ a full-time employee of the United States of America, and if so, request exemption from the admission

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, a: petition the court to admit the applicant *pro hac vice*.

(Signature)  6/8/09 (Date)
Robin E. Perrin
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid ____ or Exemption Granted ✓

The motion for admission is GRANTED ____ or DENIED ____

(Judge's Signature)  (Date)