UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MCCAIN-PALIN, 2008, INC.

    Plaintiffs,

v.                    Case No. 3:08cv709

JEAN CUNNINGHAM, *et al.*,

    Defendants.

## **MOTION FOR SUMMARY JUDGMENT**

The defendants, Jean Cunningham, Nancy Rodrigues, and Harold Pyon, being the members of the Virginia Board of Elections, sued in their official capacity, the Virginia State Board of Elections, and the Commonwealth of Virginia, hereby move for summary judgment against Intervenor United States of America, for the reasons set forth in the accompanying memorandum of law.

                              JEAN CUNNINGHAM, *et al.*

                              By __/s/_____
                                  Counsel

Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
ThompsonMcMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
Telephone: (804)649-7545
Fax: (804)780-1813
Email: rdybing@t-mlaw.com
jgibney@t-mlaw.com

*Counsel for Jean Cunningham, Nancy Rodrigues, and Harold Pyon, being the members of the Virginia State Board of Elections sued in their official capacity;*
*Virginia State Board of Elections; and*
*the Commonwealth of Virginia, Defendants*

## Certificate of Service

I certify that on July 17, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

CHRISTOPHER COATES
Chief
REBECCA J. WERTZ
Deputy Chief
RICHARD DELLHEIM
LEMA BASHIR
Trial Attorneys
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave., NW
Room NWB-7254
Washington, D.C. 20530
Phone: (202) 305-0063
Fax:    (202) 307-3961
rebecca.j.wertz@usdoj.gov
lema.bashir@usdoj.gov

*Counsel for Intervenor United States of America*

By:    /s/_____
Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
Counsel for Defendants
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
(804)649-7545
Fax: (804)780-1813
rdybing@t-mlaw.com
jgibney@t-mlaw.com