

111TH CONGRESS
1ST SESSION
# S. 1415

To amend the Uniformed and Overseas Citizens Absentee Voting Act to ensure that absent uniformed services voters and overseas voters are aware of their voting rights and have a genuine opportunity to register to vote and have their absentee ballots cast and counted, and for other purposes.

---

## IN THE SENATE OF THE UNITED STATES

JULY 8, 2009

Mr. SCHUMER (for himself, Mr. CHAMBLISS, and Mr. NELSON of Nebraska) introduced the following bill; which was read twice and referred to the Committee on Rules and Administration

---

# A BILL

To amend the Uniformed and Overseas Citizens Absentee Voting Act to ensure that absent uniformed services voters and overseas voters are aware of their voting rights and have a genuine opportunity to register to vote and have their absentee ballots cast and counted, and for other purposes.

1　　*Be it enacted by the Senate and House of Representa-*

2　*tives of the United States of America in Congress assembled,*

3　**SECTION 1. SHORT TITLE.**

4　　This Act may be cited as the "Military and Overseas

5　Voter Empowerment Act".



EXHIBIT

3

## SEC. 2. FINDINGS.

Congress makes the following findings:

(1) The right to vote is a fundamental right.

(2) Due to logistical, geographical, operational and environmental barriers, military and overseas voters are burdened by many obstacles that impact their right to vote and register to vote, the most critical of which include problems transmitting balloting materials and not being given enough time to vote.

(3) States play an essential role in facilitating the ability of military and overseas voters to register to vote and have their ballots cast and counted, especially with respect to timing and improvement of absentee voter registration and absentee ballot procedures.

(4) The Department of Defense educates military and overseas voters of their rights under the Uniformed and Overseas Citizens Absentee Voting Act and plays an indispensable role in facilitating the procedural channels that allow military and overseas voters to have their votes count.

(5) The local, State, and Federal Government entities involved with getting ballots to military and overseas voters must work in conjunction to provide voter registration services and balloting materials in a secure and expeditious manner.

SEC. 3. ESTABLISHMENT OF PROCEDURES FOR ABSENT
    UNIFORMED SERVICES VOTERS AND OVER-
    SEAS VOTERS TO REQUEST AND FOR STATES
    TO SEND VOTER REGISTRATION APPLICA-
    TIONS AND ABSENTEE BALLOT APPLICA-
    TIONS BY MAIL, ELECTRONICALLY, AND BY
    FACSIMILE.

(a) IN GENERAL.—Section 102 of the Uniformed and
Overseas Citizens Absentee Voting Act (42 U.S.C. 1973ff–
1) is amended—

    (1) in subsection (a)—

        (A) in paragraph (4), by striking "and" at
        the end;

        (B) in paragraph (5), by striking the pe-
        riod at the end and inserting "; and"; and

        (C) by adding at the end the following new
        paragraph:

    "(6) in addition to any other method of reg-
    istering to vote or applying for an absentee ballot in
    the State, establish procedures—

        "(A) for absent uniformed services voters
        and overseas voters to request by mail, elec-
        tronically, and by facsimile voter registration
        applications and absentee ballot applications
        with respect to general, special, primary, and

4

runoff elections for Federal office in accordance with subsection (e);

"(B) for States to send by mail, electronically, and by facsimile (in accordance with the preferred method of transmission designated by the absent uniformed services voter or overseas voter under subparagraph (C)) voter registration applications and absentee ballot applications requested under subparagraph (A) in accordance with subsection (e); and

"(C) by which the absent uniformed services voter or overseas voter can designate whether they prefer for such voter registration application or absentee ballot application to be transmitted by mail, electronically, or by facsimile."; and

(2) by adding at the end the following new subsection:

"(e) DESIGNATION OF EMAIL ADDRESS AND FAC-SIMILE NUMBER FOR ABSENT UNIFORMED SERVICES VOTERS AND OVERSEAS VOTERS TO REQUEST AND FOR STATES TO SEND VOTER REGISTRATION APPLICATIONS AND ABSENTEE BALLOT APPLICATIONS, AND FOR OTHER PURPOSES RELATED TO VOTING INFORMATION.—

1       "(1) IN GENERAL.—Each State shall, in addi-
2   tion to the designation of a single State office under
3   subsection (b), designate not less than 1 email ad-
4   dress and not less than 1 facsimile number—

5           "(A) for use by absent uniformed services
6       voters and overseas voters who wish to register
7       to vote or vote in any jurisdiction in the State
8       to request voter registration applications and
9       absentee ballot applications under subsection
10      (a)(6);

11          "(B) for use by States to send voter reg-
12      istration applications and absentee ballot appli-
13      cations requested under such subsection; and

14          "(C) for the purpose of providing related
15      voting, balloting, and election information to
16      absent uniformed services voters and overseas
17      voters.

18      "(2) INCLUSION OF DESIGNATED EMAIL AD-
19  DRESS AND FACSIMILE NUMBER ON BALLOTING MA-
20  TERIALS AND RELATED COMMUNICATIONS.—Each
21  State shall include an email address and facsimile
22  number so designated on all balloting materials and
23  related communications sent by the State to absent
24  uniformed services voters and overseas voters.

1         "(3) AVAILABILITY AND MAINTENANCE OF ON-

2     LINE REPOSITORY OF STATE CONTACT INFORMA-

3     TION.—The Federal Voting Assistance Program of

4     the Department of Defense shall maintain and make

5     available to the public an online repository of State

6     contact information with respect to elections for

7     Federal office, including the single State office des-

8     ignated under subsection (b) and the email address

9     and facsimile number designated under paragraph

10     (1), to be used by absent uniformed services voters

11     and overseas voters as a resource to send voter reg-

12.     istration applications and absentee ballot applica-

13     tions to the appropriate jurisdiction in the State.

14        "(4) TRANSMISSION IF NO PREFERENCE INDI-

15     CATED.—In the case where an absent uniformed

16     services voter or overseas voter does not designate a

17     preference under subsection (a)(6)(C), the State

18     shall transmit the voter registration application or

19     absentee ballot application by any delivery method

20     allowable in accordance with applicable State law, or

21     if there is no applicable State law, by mail.

22        "(5) PRIVACY PROTECTIONS.—The procedures

23     established under subsection (a)(6) shall ensure that

24     the privacy of the identity and other personal data

25     of an absent uniformed services voter or overseas

1     voter who requests or is sent a voter registration ap-

2     plication or absentee ballot application under such

3     subsection is protected throughout the process of

4     making such request or being sent such applica-

5     tion.".

6     (b) EFFECTIVE DATE.—The amendments made by

7 this section shall apply with respect to the regularly sched-

8 uled general election for Federal office held in November

9 2010 and each succeeding election for Federal office.

**10 SEC. 4. ESTABLISHMENT OF PROCEDURES FOR STATES TO**

**11           TRANSMIT BLANK ABSENTEE BALLOTS BY**

**12           MAIL, ONLINE, AND BY FACSIMILE TO AB-**

**13           SENT UNIFORMED SERVICES VOTERS AND**

**14           OVERSEAS VOTERS.**

15     (a) IN GENERAL.—Section 102 of the Uniformed and

16 Overseas Citizens Absentee Voting Act (42 U.S.C. 1973ff–

17 1), as amended by section 3, is amended—

18     (1) in subsection (a)—

19         (A) in paragraph (5), by striking "and" at

20         the end;

21         (B) in paragraph (6), by striking the pe-

22         riod at the end and inserting "; and"; and

23         (C) by adding at the end the following new

24         paragraph:

1 "(7) in addition to any other method of trans-
2 mitting blank absentee ballots in the State, establish
3 procedures for transmitting by mail, electronically,
4 and by facsimile blank absentee ballots to absent
5 uniformed services voters and overseas voters with
6 respect to general, special, primary, and runoff elec-
7 tions for Federal office in accordance with sub-
8 section (f)."; and

9 (2) by adding at the end the following new sub-
10 section:

11 "(f) TRANSMISSION OF BLANK ABSENTEE BALLOTS
12 BY MAIL, ONLINE, AND BY FACSIMILE.—

13 "(1) IN GENERAL.—Each State shall establish
14 procedures—

15 "(A) to transmit blank absentee ballots by
16 mail, electronically, and by facsimile (in accord-
17 ance with the preferred method of transmission
18 designated by the absent uniformed services
19 voter or overseas voter under subparagraph
20 (B)) to absent uniformed services voters and
21 overseas voters for an election for Federal of-
22 fice; and

23 "(B) by which the absent uniformed serv-
24 ices voter or overseas voter can designate
25 whether they prefer for such blank absentee

ballot to be transmitted by mail, electronically, or by facsimile.

"(2) TRANSMISSION IF NO PREFERENCE INDI-CATED.—In the case where an absent uniformed services voter or overseas voter does not designate a preference under paragraph (1)(B), the State shall transmit the ballot by any delivery method allowable in accordance with applicable State law, or if there is no applicable State law, by mail.

"(3) PRIVACY PROTECTIONS.—The procedures established under subsection (a)(7) shall ensure that the privacy of the identity and other personal data of an absent uniformed services voter or overseas voter to whom a blank absentee ballot is transmitted under such subsection is protected throughout the process of such transmission.".

(b) EFFECTIVE DATE.—The amendments made by this section shall apply with respect to the regularly sched-uled general election for Federal office held in November 2010 and each succeeding election for Federal office.

**SEC. 5. ENSURING ABSENT UNIFORMED SERVICES VOTERS AND OVERSEAS VOTERS HAVE TIME TO VOTE.**

(a) IN GENERAL.—Section 102 of the Uniformed and Overseas Citizens Absentee Voting Act (42 U.S.C. 1973ff–1), as amended by section 4, is amended—

1    (1) in subsection (a)—

2        (A) in paragraph (6), by striking "and" at

3    the end;

4        (B) in paragraph (7), by striking the pe-

5    riod at the end and inserting a semicolon; and

6        (C) by adding at the end the following new

7    paragraphs:

8    "(8) except as provided in subsection (g), trans-

9    mit a validly requested absentee ballot to an absent

10   uniformed services voter or overseas voter—

11       "(A) in the case where the request is re-

12   ceived at least 45 days before an election for

13   Federal office, not later than 45 days before the

14   election; and

15       "(B) in the case where the request is re-

16   ceived less than 45 days before an election for

17   Federal office—

18           "(i) in accordance with State law; and

19           "(ii) if practicable and as determined

20       appropriate by the State, in a manner that

21       expedites the transmission of such absen-

22       tee ballot; and

23   "(9) except as provided in subsection (g), ac-

24   cept and count a marked absentee ballot of an ab-

25   sent uniformed services voter or overseas voter that

1 is postmarked or otherwise officially dated on or be-
2 fore the election for Federal office involved if the
3 marked absentee ballot is received by the State on
4 or before the later of—

5     "(A) the date that is 55 days after the
6     date on which a validly requested absentee bal-
7     lot is required to be transmitted under para-
8     graph (8)(A); or

9     "(B) the date on which the State certifies
10     the election."; and

11     (2) by adding at the end the following new sub-
12 section:

13 "(g) EXEMPTION OF CERTAIN STATES FROM CER-
14 TAIN TIME REQUIREMENTS.—

15     "(1) IN GENERAL.—A State is not required to
16 comply with the requirements of paragraphs (8) and
17 (9) of subsection (a) if, on and after the date of en-
18 actment of this subsection, the State has in effect a
19 law providing that a State absentee ballot is re-
20 quired to be available to any absent uniformed serv-
21 ices voter or overseas voter not later than 55 days
22 before the election for Federal office involved (deter-
23 mined beginning on the date on which the State
24 transmits a blank absentee ballot to an absent uni-
25 formed services voter or overseas voter and ending

1  on the deadline of the State for receipt of such ap-

2  plication).

3      "(2) HARDSHIP EXEMPTION.—

4          "(A) IN GENERAL.—If the chief State elec-

5          tion official determines that the State is unable

6          to meet the requirements under such para-

7          graphs with respect to an election for Federal

8          office due to an undue hardship described in

9          subparagraph (B)(ii), the chief State election

10         official shall request that the Presidential des-

11         ignee grant a waiver to the State of the applica-

12         tion of such paragraphs. Such request shall in-

13         clude—

14            "(i) a recognition that the purpose of

15            such paragraphs is to allow absent uni-

16            formed services voters and overseas voters

17            enough time to vote in an election for Fed-

18            eral office;

19            "(ii) an explanation of the hardship

20            that indicates why the State is unable to

21            transmit absent uniformed services voters

22            and overseas voters an absentee ballot in

23            accordance with such paragraphs;

24            "(iii) the number of days prior to the

25            election for Federal office that the State

requires absentee ballots be transmitted to absent uniformed services voters and overseas voters; and

"(iv) a comprehensive plan to ensure that absent uniformed services voters and overseas voters are able to receive absentee ballots which they have requested and submit marked absentee ballots to the appropriate State election official in time to have that ballot counted in the election for Federal office, which includes—

"(I) the steps the State will undertake to ensure that absent uniformed services voters and overseas voters have time to receive, mark, and submit their ballots in time to have those ballots counted in the election;

"(II) why the plan provides absent uniformed services voters and overseas voters sufficient time to vote as a substitute for the requirements under such paragraphs; and

"(III) the underlying factual information which explains how the plan

1          provides such sufficient time to vote

2          as a substitute for such requirements.

3          "(B) APPROVAL OF WAIVER REQUEST.—

4     The Presidential designee shall approve a waiv-

5     er request under subparagraph (A) if the Presi-

6     dential designee determines each of the fol-

7     lowing requirements are met:

8          "(i) The comprehensive plan under

9          clause (iv) of such subparagraph provides

10          absent uniformed services voters and over-

11          seas voters sufficient time to receive absen-

12          tee ballots they have requested and submit

13          marked absentee ballots to the appropriate

14          State election official in time to have that

15          ballot counted in the election for Federal

16          office.

17          "(ii) One or more of the following

18          issues creates an undue hardship for the

19          State:

20               "(I) The State's primary election

21               date prohibits the State from com-

22               plying with such paragraphs (8) and

23               (9).

24               "(II) The State has suffered a

25               delay in generating ballots due to a

legal contest with respect to a primary
election.

"(III) The State Constitution
prohibits the State from complying
with such paragraphs.

"(C) TIMING OF WAIVER.—

"(i) IN GENERAL.—Except as pro-
vided under clause (ii), a State that re-
quests a waiver under subparagraph (A)
shall submit to the Presidential designee
the written waiver request not later than
90 days before the election for Federal of-
fice with respect to which the request is
submitted. The Presidential designee shall
approve or deny the waiver request not
later than 65 days before such election.

"(ii) EXCEPTION.—If a State requests
a waiver under subparagraph (A) as the
result of an undue hardship described in
subparagraph (B)(ii)(II), the State shall
submit to the Presidential designee the
written waiver request as soon as prac-
ticable. The Presidential designee shall ap-
prove or deny the waiver request not later

than 5 business days after the date on
which the request is received.

"(D) APPLICATION OF WAIVER.—A waiver
approved under subparagraph (B) shall only
apply with respect to the election for Federal
office for which the request was submitted. For
each subsequent election for Federal office, the
Presidential designee shall only approve a waiv-
er if the State has submitted a request under
subparagraph (A) with respect to such elec-
tion.".

(b) RUNOFF ELECTIONS.—Section 102(a) of the
Uniformed and Overseas Citizens Absentee Voting Act (42
U.S.C. 1973ff–1(a)), as amended by subsection (a), is
amended—

    (1) in paragraph (8), by striking "and" at the
end;

    (2) in paragraph (9), by striking the period at
the end and inserting "; and"; and

    (3) by adding at the end the following new
paragraph:

    "(10) if the State declares or otherwise holds a
runoff election for Federal office, establish a written
plan that provides absentee ballots are made avail-
able to absent uniformed services voters and over-

1     seas voters in manner that gives them sufficient

2     time to vote in the runoff election.''.

3     (c) EFFECTIVE DATE.—The amendments made by

4 this section shall apply with respect to the regularly sched-

5 uled general election for Federal office held in November

6 2010 and each succeeding election for Federal office.

**SEC. 6. PROCEDURES FOR COLLECTION AND DELIVERY OF**

**          MARKED ABSENTEE BALLOTS OF ABSENT**

**          OVERSEAS UNIFORMED SERVICES VOTERS.**

10     (a) IN GENERAL.—The Uniformed and Overseas

11 Citizens Absentee Voting Act (42 U.S.C. 1973ff et seq.)

12 is amended by inserting after section 103 the following

13 new section:

**14 "SEC. 103A. PROCEDURES FOR COLLECTION AND DELIVERY**

**15           OF MARKED ABSENTEE BALLOTS OF ABSENT**

**16           OVERSEAS UNIFORMED SERVICES VOTERS.**

17     "(a) COLLECTION.—The Presidential designee shall

18 establish procedures for collecting marked absentee ballots

19 of absent overseas uniformed services voters in regularly

20 scheduled general elections for Federal office, including

21 absentee ballots prepared by States and the Federal write-

22 in absentee ballot prescribed under section 103, and for

23 delivering the ballots to the appropriate State election offi-

24 cials.

1      "(b) UTILIZATION OF EXPRESS MAIL DELIVERY
2 SERVICES.—Under the procedures established under this
3 section, the Presidential designee, working in conjunction
4 with the United States Postal Service, shall implement
5 procedures that provide absent uniformed services voters
6 access to express mail delivery service for the purpose of
7 mailing marked absentee ballots to the appropriate State
8 election official. Such procedures shall ensure that the fol-
9 lowing requirements are met:

10      "(1) NO POSTAGE REQUIREMENT.—In accord-
11      ance with section 3406 of title 39, United States
12      Code, such marked absentee ballots and other bal-
13      loting materials are carried free of postage.

14      "(2) DATE OF MAILING.—Such marked absen-
15      tee ballots are postmarked with a record of the date
16      on which the ballot is mailed.

17      "(c) ABSENT OVERSEAS UNIFORMED SERVICES
18 VOTER DEFINED.—In this section, the term 'absent over-
19 seas uniformed services voter' means an overseas voter de-
20 scribed in section 107(5)(A).".

21      (b) CONFORMING AMENDMENT.—Section 101(b) of
22 such Act (42 U.S.C. 1973ff(b)) is amended—

23      (1) by striking "and" at the end of paragraph
24      (6);

1    (2) by striking the period at the end of para-
2  graph (7) and inserting ''; and''; and

3    (3) by adding at the end the following new
4  paragraph:

5    ''(8) carry out section 103A with respect to the
6  collection and delivery of marked absentee ballots of
7  absent overseas uniformed services voters in elec-
8  tions for Federal office.''.

9  (c) TRACKING MARKED BALLOTS.—Section 102 of
10 the Uniformed and Overseas Citizens Absentee Voting Act
11 (42 U.S.C. 1973ff–1(a)), as amended by section 5, is
12 amended by adding at the end the following new sub-
13 section:

14 ''(h) TRACKING MARKED BALLOTS.—The chief State
15 election official, in coordination with local election jurisdic-
16 tions, shall develop a free access system by which an ab-
17 sent uniformed services voter or overseas voter may deter-
18 mine whether the absentee ballot of the absent uniformed
19 services voter or overseas voter has been received by the
20 appropriate State election official.''.

21  (d) EFFECTIVE DATE.—The amendments made by
22 this section shall apply with respect to the regularly sched-
23 uled general election for Federal office held in November
24 2010 and each succeeding election for Federal office.

**SEC. 7. FEDERAL WRITE-IN ABSENTEE BALLOT.**

1 (a) USE IN GENERAL, SPECIAL, PRIMARY, AND RUN-
2 OFF ELECTIONS FOR FEDERAL OFFICE.—

3 (1) IN GENERAL.—Section 103 of the Uni-
4 formed and Overseas Citizens Absentee Voting Act
5 (42 U.S.C. 1973ff–2) is amended—

6 (A) in subsection (a), by striking "general
7 elections for Federal office" and inserting "gen-
8 eral, special, primary, and runoff elections for
9 Federal office";

10 (B) in subsection (e), in the matter pre-
11 ceding paragraph (1), by striking "a general
12 election" and inserting "a general, special, pri-
13 mary, or runoff election for Federal office"; and

14 (C) in subsection (f), by striking "the gen-
15 eral election" each place it appears and insert-
16 ing "the general, special, primary, or runoff
17 election for Federal office".

18 (2) EFFECTIVE DATE.—The amendments made
19 by this subsection shall take effect on December 31,
20 2010, and apply with respect to elections for Federal
21 office held on or after such date.

22 (b) PROMOTION AND EXPANSION OF USE.—Section
23 103(a) of the Uniformed and Overseas Citizens Absentee
24 Voting Act (42 U.S.C. 1973ff–2) is amended—

1     (1) by striking "GENERAL.—The Presidential"

2  and inserting "GENERAL.—

3          "(1) FEDERAL WRITE-IN ABSENTEE BALLOT.—

4  The Presidential"; and

5     (2) by adding at the end the following new

6  paragraph:

7          "(2) PROMOTION AND EXPANSION OF USE OF

8  FEDERAL WRITE-IN ABSENTEE BALLOTS.—

9               "(A) IN GENERAL.—Not later than De-

10          cember 31, 2011, the Presidential designee

11          shall adopt procedures to promote and expand

12          the use of the Federal write-in absentee ballot

13          as a back-up measure to vote in elections for

14          Federal office.

15               "(B) USE OF TECHNOLOGY.—Under such

16          procedures, the Presidential designee shall uti-

17          lize technology to implement a system under

18          which the absent uniformed services voter or

19          overseas voter may—

20                    "(i) enter the address of the voter or

21               other information relevant in the appro-

22               priate jurisdiction of the State, and the

23               system will generate a list of all candidates

24               in the election for Federal office in that ju-

25               risdiction; and

1              "(ii) submit the marked Federal
2          write-in absentee ballot by printing the bal-
3          lot (including complete instructions for
4          submitting the marked Federal write-in ab-
5          sentee ballot to the appropriate State elec-
6          tion official and the mailing address of the
7          single State office designated under section
8          102(b)).".

9  SEC. 8. PROHIBITING REFUSAL TO ACCEPT VOTER REG-
10          ISTRATION AND ABSENTEE BALLOT APPLICA-
11          TIONS, MARKED ABSENTEE BALLOTS, AND
12          FEDERAL WRITE-IN ABSENTEE BALLOTS FOR
13          FAILURE TO MEET TECHNICAL REQUIRE-
14          MENTS.

15      (a) VOTER REGISTRATION AND ABSENTEE BALLOT
16  APPLICATIONS.—Section 102 of the Uniformed and Over-
17  seas Citizens Absentee Voting Act (42 U.S.C. 1973ff–1),
18  as amended by section 6, is amended by adding at the
19  end the following new subsection:

20      "(i) PROHIBITING REFUSAL TO ACCEPT APPLICA-
21  TIONS FOR FAILURE TO MEET TECHNICAL REQUIRE-
22  MENTS.—A State shall not refuse to accept and process
23  any otherwise valid voter registration application or absen-
24  tee ballot application (including the official post card form
25  prescribed under section 101) or marked absentee ballot

1 submitted in any manner by an absent uniformed services

2 voter or overseas voter solely on the basis of the following:

3        "(1) Notarization requirements.

4        "(2) Restrictions on paper type, including

5     weight and size.

6        "(3) Restrictions on envelope type, including

7     weight and size.".

8    (b) FEDERAL WRITE-IN ABSENTEE BALLOT.—Sec-

9 tion 103 of such Act (42 U.S.C. 1973ff–2) is amended—

10       (1) by redesignating subsection (f) as sub-

11     section (g); and

12       (2) by inserting after subsection (e) the fol-

13     lowing new subsection:

14    "(f) PROHIBITING REFUSAL TO ACCEPT BALLOT

15 FOR FAILURE TO MEET TECHNICAL REQUIREMENTS.—

16 A State shall not refuse to accept and process any other-

17 wise valid Federal write-in absentee ballot submitted in

18 any manner by an absent uniformed services voter or over-

19 seas voter solely on the basis of the following:

20       "(1) Notarization requirements.

21       "(2) Restrictions on paper type, including

22     weight and size.

23       "(3) Restrictions on envelope type, including

24     weight and size.".

1 (c) EFFECTIVE DATE.—The amendments made by
2 this section shall apply with respect to the regularly sched-
3 uled general election for Federal office held in November
4 2010 and each succeeding election for Federal office.

5 **SEC. 9. FEDERAL VOTING ASSISTANCE PROGRAM IM-**
6 **PROVEMENTS.**

7 (a) FEDERAL VOTING ASSISTANCE PROGRAM IM-
8 PROVEMENTS.—

9 (1) IN GENERAL.—The Uniformed and Over-
10 seas Citizens Absentee Voting Act (42 U.S.C. 1397ff
11 et seq.), as amended by section 6, is amended by in-
12 serting after section 103A the following new section:

13 **"SEC. 103B. FEDERAL VOTING ASSISTANCE PROGRAM IM-**
14 **PROVEMENTS.**

15 "(a) IN GENERAL.—The Presidential designee shall
16 develop standards for training, supporting, and empha-
17 sizing Voting Assistance Officers under the Federal Vot-
18 ing Assistance Program of the Department of Defense—

19 "(1) for all members of the uniformed services;
20 and

21 "(2) on all installations and facilities of the uni-
22 formed services in the United States and overseas.

23 "(b) DUTIES.—The Presidential designee shall carry
24 out the following duties:

1                "(1) Assign Senior Voting Assistance Officers
2        as follows:

3                "(A)(i) Assign 1 Senior Voting Assistance
4            Officer on each installation or facility and in
5            each organization of the uniformed services, at
6            the 0–6 level, to coordinate the programs con-
7            ducted by subordinate units and tenant com-
8            mands.

9                "(ii) To the extent practicable, subject to
10           clause (iii), an individual assigned under this
11           subparagraph as the Senior Voting Assistance
12           Officer on an installation or facility or in an or-
13           ganization shall be an employee in a position at
14           GS–12 or higher of the General Schedule, or, if
15           a member of a uniformed service is so assigned,
16           the member shall be in a pay grade of O–4 or
17           higher.

18               "(iii) In the case where the number of indi-
19           viduals on the installation or facility or in the
20           organization at the 0–6 level is less than 50,
21           the Senior Voting Assistance Officer shall be
22           assigned at the next highest level that has at
23           least 50 individual assigned to it.

24               "(iv) To the extent practicable, each indi-
25           vidual assigned under this subparagraph shall

1    notify individuals on the installation or facility
2    or in the organization of the last date before a
3    regularly scheduled general election for Federal
4    office on which absentee ballots mailed from
5    that installation, facility, or organization may
6    reasonably be expected to be delivered in time
7    to be counted in such election.

8        "(B) Assign 1 Senior Voting Assistance
9    Officer to each reserve component at its head-
10    quarters level.

11        "(2) Designate and assign in writing 1 Voting
12    Assistance Officer to each unit, installation, or facil-
13    ity of the uniformed services for every 50 members
14    of a uniformed service permanently assigned to the
15    unit, installation, or facility. A member of a uni-
16    formed service assigned under the preceding sen-
17    tence shall hold a pay grade of not less than O–2
18    for officers or E–7 for enlisted personnel. Voting As-
19    sistance Officers assigned under this paragraph shall
20    operate under the guidance of Senior Voting Assist-
21    ance Officers assigned under paragraph (1).

22        "(3) Ensure that Voting Assistance Officers are
23    available and equipped to—

1          "(A) personally assist absent uniformed
2       services voters with respect to each election for
3       Federal office; and

4          "(B) ensure that any absent uniformed
5       services voter who appears to need assistance in
6       reading or understanding the English language
7       on voter registration or voting materials re-
8       ceives immediate assistance with balloting mate-
9       rials in the appropriate language.

10      "(4) Provide Voting Assistance Officers with
11   time and resources needed to perform their voting
12   assistance duties, especially during even-numbered
13   years.

14      "(5) Develop online portals of information for
15   use by Voting Assistance Officers—

16          "(A) for training purposes; and

17          "(B) to inform absent uniformed services
18       voters regarding voter registration procedures
19       and absentee ballot procedures to be used by
20       such voters with respect to elections for Federal
21       office.

22      "(6) Establish a program to notify absent uni-
23   formed services voters of voter registration informa-
24   tion and resources, the availability of the Federal
25   postcard application, and the availability of the Fed-

1 eral write-in absentee ballot on the military Global
2 Network, and shall use the military Global Network
3 to notify absent uniformed services voters of the
4 foregoing 90, 60, and 30 days prior to each election
5 for Federal office.

6     "(7) Include, in the standard forms provided to
7 a new member of the uniformed services during in-
8 processing upon arrival at installations and bases of
9 the uniformed services, information on voter reg-
10 istration procedures and absentee ballot procedures
11 to be used by absent uniformed services voters (in-
12 cluding the official post card form prescribed under
13 section 101).

14     "(8) Provide clear written notice and instruc-
15 tions for the absent uniformed services voter to
16 change their address by submitting the official post
17 card form prescribed under section 101 to the ap-
18 propriate State election official.

19     "(9) Not later than December 31 of each year,
20 transmit to the President and to Congress a report
21 on the effectiveness of activities carried out under
22 this section, including the activities and actions of
23 the Federal Voting Assistance Program of the De-
24 partment of Defense, a separate assessment of voter
25 registration and participation by absent uniformed

1 overseas voters, a separate assessment of voter reg-
2 istration and participation by overseas voters who
3 are not members of the uniformed services, and a
4 description of the cooperation between the States
5 and the Federal Government in carrying out this
6 section.

7 "(c) CLARIFICATION REGARDING OTHER DUTIES
8 AND OBLIGATIONS.—Nothing in this section shall relieve
9 the Presidential designee of their duties and obligations
10 under any directives or regulations issued by the Depart-
11 ment of Defense, including the Department of Defense Di-
12 rective 1000.04 (or any successor directive or regulation)
13 that is not inconsistent or contradictory to the provisions
14 of this section.

15 "(d) AUTHORIZATION OF APPROPRIATIONS.—There
16 are authorized to be appropriated to the Federal Voting
17 Assistance Program of the Department of Defense such
18 sums as are necessary for purposes of carrying out this
19 section.".

20 (2) CONFORMING AMENDMENTS.—Section 101
21 of such Act (42 U.S.C. 1973ff), as amended by sec-
22 tion 6, is amended—

23 (A) in subparagraph (b)—

24 (i) by striking "and" at the end of
25 paragraph (7);

1      (ii) by striking the period at the end

2      of paragraph (8) and inserting "; and";

3      and

4      (iii) by adding at the end the fol-

5      lowing new paragraph:

6    "(9) carry out section 103B with respect to

7 Federal Voting Assistance Program Improvements.";

8 and

9    (B) by adding at the end the following new

10   subsection:

11   "(d) AUTHORIZATION OF APPROPRIATIONS FOR CAR-

12 RYING OUT FEDERAL VOTING ASSISTANCE PROGRAM IM-

13 PROVEMENTS.—There are authorized to be appropriated

14 to the Presidential designee such sums as are necessary

15 for purposes of carrying out subsection (b)(9).".

16   (b) TREATMENT OF MILITARY PAY, PERSONNEL,

17 AND IDENTIFICATION OFFICES AND CERTAIN OTHER OF-

18 FICES AS VOTER REGISTRATION AGENCIES.—Section 102

19 of the Uniformed and Overseas Citizens Absentee Voting

20 Act (42 U.S.C. 1973ff–1), as amended by section 8, is

21 amended by adding at the end the following new sub-

22 section:

23   "(j) TREATMENT OF MILITARY PAY, PERSONNEL,

24 AND IDENTIFICATION OFFICES AND CERTAIN OFFICES AS

25 VOTER REGISTRATION AGENCIES.—

1          "(1) PAY, PERSONNEL, AND IDENTIFICATION
2      OFFICES OF THE DEPARTMENT OF DEFENSE.—Each
3      State and the Secretary of Defense shall jointly de-
4      velop and implement procedures for persons to apply
5      to register to vote at pay, personnel, and identifica-
6      tion offices of the Department of Defense. A pay,
7      personnel, or identification office of the Department
8      of Defense shall be considered to be a voter registra-
9      tion agency designated under section 7(a)(2) of the
10     National Voter Registration Act of 1993 for all pur-
11     poses of such Act.

12          "(2) DESIGNATION OF CERTAIN OFFICES AT
13     THE INSTALLATION LEVEL.—

14              "(A) IN GENERAL.—A Secretary of a mili-
15          tary department may designate an office at the
16          installation level, consistent across every instal-
17          lation of the department of the Secretary con-
18          cerned, to serve as a voter registration agency
19          for that department. An office designated by
20          the Secretary concerned under the preceding
21          sentence shall be considered to be a voter reg-
22          istration agency designated under section
23          7(a)(2) of such Act for all purposes of such
24          Act.

1            "(B) DEFINITION OF MILITARY DEPART-
2        MENT AND SECRETARY CONCERNED.—In this
3        paragraph, the terms 'military department' and
4        'Secretary concerned' have the meaning given
5        such terms in paragraphs (8) and (9), respec-
6        tively, of section 101 of title 10, United States
7        Code.
8            "(3) AUTHORIZATION OF APPROPRIATIONS.—
9        There are authorized to be appropriated such sums
10       as are necessary to carry out this subsection.".
11       (c) EFFECTIVE DATE.—The amendments made by
12   this section shall apply with respect to the regularly sched-
13   uled general election for Federal office held in November
14   2010 and each succeeding election for Federal office.

**SEC. 10. DEVELOPMENT OF STANDARDS FOR REPORTING**
**AND STORING CERTAIN DATA.**

17       (a) IN GENERAL.—Section 101(b) of such Act (42
18   U.S.C. 1973ff(b)), as amended by section 9, is amended—
19           (1) by striking "and" at the end of paragraph
20       (8);
21           (2) by striking the period at the end of para-
22       graph (9) and inserting "; and"; and
23           (3) by adding at the end the following new
24       paragraph:

1             "(10) working with the Election Assistance

2     Commission and the chief State election official of

3     each State, develop standards—

4             "(A) for States to report data on the num-

5         ber of absentee ballots transmitted and received

6         under section 102(c) and such other data as the

7         Presidential designee determines appropriate;

8         and

9             "(B) for the Presidential designee to store

10         the data reported.".

11     (b) CONFORMING AMENDMENT.—Section 102(a) of

12 such Act (42 U.S.C. 1973ff–1(a)), as amended by section

13 5, is amended—

14     (1) in paragraph (9), by striking "and" at the

15     end;

16     (2) in paragraph (10), by striking the period at

17     the end and inserting "; and"; and

18     (3) by adding at the end the following new

19     paragraph:

20     "(11) report data on the number of absentee

21 ballots transmitted and received under section

22 102(c) and such other data as the Presidential des-

23 ignee determines appropriate in accordance with the

24 standards developed by the Presidential designee

25 under section 101(b)(10).".

1     (c) EFFECTIVE DATE.—The amendments made by
2 this section shall apply with respect to the regularly sched-
3 uled general election for Federal office held in November
4 2010 and each succeeding election for Federal office.

**SEC. 11. ANNUAL REPORT ON ENFORCEMENT.**

6     Section 105 of the Uniformed and Overseas Citizens
7 Absentee Voting Act (42 U.S.C. 1973f–4) is amended—

8         (1) by striking "The Attorney" and inserting
9   "(a) IN GENERAL.—The Attorney"; and

10         (2) by adding at the end the following new sub-
11   section:

12     "(b) REPORT TO CONGRESS.—Not later than Decem-
13 ber 31 of each year, the Attorney General shall submit
14 to Congress an annual report on any civil action brought
15 under subsection (a) during the preceding year.".

**SEC. 12. REQUIREMENTS PAYMENTS.**

17     (a) USE OF FUNDS.—Section 251(b) of the Help
18 America Vote Act of 2002 (42 U.S.C. 15401(b)) is amend-
19 ed—

20         (1) in paragraph (1), by striking "paragraph
21   (2)" and inserting "paragraphs (2) and (3)"; and

22         (2) by adding at the end the following new
23   paragraph:

24         "(3) ACTIVITIES UNDER UNIFORMED AND
25   OVERSEAS CITIZENS ABSENTEE VOTING ACT.—A

State shall use a requirements payment made using funds appropriated pursuant to the authorization under section 257(4) only to meet the requirements under the Uniformed and Overseas Absentee Voting Act imposed as a result of the provisions of and amendments made by the Military and Overseas Voter Empowerment Act.''.

(b) REQUIREMENTS.—

(1) STATE PLAN.—Section 254 of the Help America Vote Act of 2002 (42 U.S.C. 15404) is amended—

(A) in subsection (a), by striking ''The State'' and inserting ''Subject to subsection (c), the State'';

(B) by redesignating subsection (c) as subsection (d); and

(C) by inserting after subsection (b) the following new subsection:

''(c) STATE PLAN FOR CERTAIN REQUIREMENTS PAYMENTS.—In the case of a requirements payment made using funds appropriated pursuant to the authorization under section 257(4), the State plan shall contain a description of how the State will use such requirements payment to meet the requirements under the Uniformed and Overseas Absentee Voting Act imposed as a result of the

1 provisions of and amendments made by the Military and
2 Overseas Voter Empowerment Act.''.

3      (2) CONFORMING AMENDMENTS.—Section
4 253(b) of the Help America Vote Act of 2002 (42
5 U.S.C. 15403(b)) is amended—

6          (A) in paragraph (1)(A), by striking "sec-
7      tion 254" and inserting "subsection (a) of sec-
8      tion 254 (or, in the case of a requirements pay-
9      ment made using funds appropriated pursuant
10     to the authorization under section 257(4), sub-
11     section (c) of such section)"; and

12         (B) in paragraph (2)—

13             (i) by striking "(2) The State" and
14         inserting "(2)(A) Subject to subparagraph
15         (B), the State"; and

16             (ii) by inserting after subparagraph
17         (A), as added by clause (i), the following
18         new subparagraph:

19      "(B) The requirement under subparagraph (A)
20 shall not apply in the case of a requirements pay-
21 ment made using funds appropriated pursuant to
22 the authorization under section 257(4).".

23  (c) AUTHORIZATION.—Section 257 of the Help
24 America Vote Act of 2002 (42 U.S.C. 15407) is amended
25 by adding at the end the following new paragraph:

1    "(4) For fiscal year 2010 and subsequent fiscal

2    years, such sums as are necessary for purposes of

3    making requirements payments to States to carry

4    out the activities described in section 251(b)(3).".

5  **SEC. 13. TECHNOLOGY PILOT PROGRAM.**

6    (a) DEFINITIONS.—In this section:

7        (1) ABSENT UNIFORMED SERVICES VOTER.—

8    The term "absent uniformed services voter" has the

9    meaning given such term in section 107(a) of the

10   Uniformed and Overseas Citizens Absentee Voting

11   Act (42 U.S.C. 1973ff et seq.).

12       (2) OVERSEAS VOTER.—The term "overseas

13   voter" has the meaning given such term in section

14   107(5) of such Act.

15       (3)  PRESIDENTIAL  DESIGNEE.—The  term

16   "Presidential designee" means the individual des-

17   ignated under section 101(a) of such Act.

18   (b) ESTABLISHMENT.—

19       (1) IN GENERAL.—The Presidential designee

20   may establish 1 or more pilot programs under which

21   the feasibility of new election technology is tested for

22   the benefit of absent uniformed services voters and

23   overseas voters claiming rights under the Uniformed

24   and Overseas Citizens Absentee Voting Act (42

25   U.S.C. 1973ff et seq.).

1    (2) DESIGN AND CONDUCT.—The design and
2 conduct of a pilot program established under this
3 subsection—

4    (A) shall be at the discretion of the Presi-
5    dential designee; and

6    (B) shall not conflict with or substitute for
7    existing laws, regulations, or procedures with
8    respect to the participation of absent uniformed
9    services voters and military voters in elections
10    for Federal office.

11 (c) CONSIDERATIONS.—In conducting a pilot pro-
12 gram established under subsection (b), the Presidential
13 designee may consider the following issues:

14    (1) The transmission of electronic voting mate-
15  rial across military networks.

16    (2) Virtual private networks, cryptographic vot-
17  ing systems, centrally controlled voting stations, and
18  other information security techniques.

19    (3) The transmission of ballot representations
20  and scanned pictures in a secure manner.

21    (4) Capturing, retaining, and comparing elec-
22  tronic and physical ballot representations.

23    (5) Utilization of voting stations at military
24  bases.

25    (6) Document delivery and upload systems.

1      (7) The functional effectiveness of the applica-
2    tion or adoption of the pilot program to operational
3    environments, taking into account environmental
4    and logistical obstacles and State procedures.

5  (d) REPORTS.—The Presidential designee shall sub-
6 mit to Congress reports on the progress and outcomes of
7 any pilot program conducted under this subsection, to-
8 gether with recommendations—

9    (1) for the conduct of additional pilot programs
10   under this section; and

11    (2) for such legislation and administrative ac-
12   tion as the Presidential designee determines appro-
13   priate.

14  (e) AUTHORIZATION OF APPROPRIATIONS.—There
15 are authorized to be appropriated such sums as are nec-
16 essary to carry out this section.

○