## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 3:08CV709 |
| v. ) | |
| ) | |
| JEAN CUNNINGHAM, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

### PLAINTIFF'S CONSENT MOTION FOR
### BRIEFING SCHEDULE AND BRIEF IN SUPPORT

Plaintiff, the United States of America, by counsel, respectfully requests this Court to enter the attached Briefing Schedule for purposes of summary judgment briefing. In support of this motion, Plaintiff states the following:

Defendants filed their Motion for Summary Judgment on July 17, 2009. Plaintiff plans to file a Cross-Motion for Summary Judgment along with its opposition to Defendants' Motion for Summary Judgment. Plaintiff and Defendants have conferred and agreed upon the attached briefing schedule.

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached agreed-upon Briefing Schedule providing that Plaintiff has until August 28, 2009, in which to file an Opposition and Motion for Summary Judgment; Defendants have until September 11, 2009 to file any Opposition and Reply; and Plaintiff has until September 18, 2009 to file any Reply.

Dated: July 21, 2009

Respectfully Submitted,

LORETTA KING
ACTING ASSISTANT ATTORNEY GENERAL

DANA J. BOENTE
UNITED STATES ATTORNEY


/s/
ROBIN PERRIN
Assistant United States Attorney
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robin.Perrin2@usdoj.gov


CHRISTOPHER COATES
REBECCA J. WERTZ
RICHARD DELLHEIM
LEMA BASHIR
U.S. Department of Justice Attorneys
Civil Rights Division
Voting Section
950 Pennsylvania Avenue, N.W./NWB
Room 7254
Washington, DC  20530
Telephone:  (202) 305-1734
Facsimile: (202) 307-3961

CERTIFICATE OF SERVICE

   I hereby certify that on this 21st day of July, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Robert A. Dybing
        rdybing@t-mlaw.com


By:   /s/_____
    Robin E. Perrin
    Virginia State Bar No. 65825
    Assistant United States Attorney
    United States Attorney's Office
    600 East Main Street, Suite 1800
    Richmond, Virginia 23219
    Telephone: (804) 819-5400
    Facsimile: (804) 819-7417
    Email: Robin.Perrin2@usdoj.gov