IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 3:08CV709 |
| v. ) | |
| ) | |
| JEAN CUNNINGHAM, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AGREED SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiff, having moved this Court for a schedule within which the parties may file summary judgment briefing in this case, and Defendants having agreed to this proposed schedule, it is ORDERED that:

- Plaintiff's Opposition and Motion for Summary Judgment, if any, shall be filed by August 28, 2009;

- Defendants' Opposition & Reply Brief, if any, shall be filed by September 11, 2009; and

- Plaintiff's Reply Brief, if any, shall be filed by September 18, 2009.

Dated: __JUL 2 1 2009__

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Richard L. Williams**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**