UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MCCAIN-PALIN, 2008, INC.

    Plaintiffs,

v.                                        Case No. 3:08cv709

JEAN CUNNINGHAM, *et al.*,

    Defendants.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 5, 2009, at 10:30 a.m., Defendants, by counsel, will appear and request the Court to grant their Motion for Summary Judgment filed herein.

JEAN CUNNINGHAM, *et al.*

By   /s/
      Counsel

Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Fax: (804)780-1813
Email: rdybing@t-mlaw.com
*Counsel for Jean Cunningham, Nancy Rodrigues, and Harold Pyon, being the members of the Virginia State Board of Elections sued in their official capacity; Virginia State Board of Elections; and the Commonwealth of Virginia, Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

>Christopher Coates, Chief
>Rebecca J. Wertz, Deputy Chief
>Richard Dellheim
>Lema Bashir
>Trial Attorneys
>United States Department of Justice
>Civil Rights Division, Voting Section
>950 Pennsylvania Avenue NW
>Room NWB-7254
>Washington, D.C. 20530
>*Counsel for Intervenor United States of America*

By: /s/
Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
Counsel for Defendants
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
(804)649-7545
Fax: (804)780-1813
rdybing@t-mlaw.com
jgibney@t-mlaw.com