# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>.)<br>Plaintiff, )<br>)<br>) Case No. 3:08CV709<br>v. )<br>)<br>JEAN CUNNINGHAM, et al., )<br>)<br>Defendants. )<br>)<br>_____) | |

## DECLARATION OF SHIRA HOFFMAN

1. My name is Shira Hoffman. I am a Paralegal Specialist in the Voting Section, Civil Rights Division, United States Department of Justice. I live in Washington, D.C. I make this declaration under 28 U.S.C. § 1746.

2. On November 13, 2008, our office received a set of data provided by the Defendants and derived from the Virginia Elections and Registration Information System ("VERIS"), a database administered by the Virginia State Board of Elections ("SBE"). This data included the names of absentee voters in Virginia and noted whether such voters were UOCAVA voters, the dates on which their absentee ballot applications were processed by localities, and the dates on which the mailing labels for their absentee ballots were printed ("print date"). According to the SBE, the print date is the earliest date on which a ballot could have been sent.

3. The data referred to in Paragraph 2 were attached as Exhibit F to the United States Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction filed with this Court. That exhibit is incorporated here by reference.

4. The November 13, 2008 VERIS data showed that 279 ballots requested by UOCAVA voters were mailed on October 21, 2008 or later – 14 days or less prior to the November 4, 2008 general federal election. I reached this number by sorting the data to show only voters designated as UOCAVA voters who requested their ballots by October 5, 2008, and whose ballot print dates were October 21, 2008 or later. I then counted each voter who, according to the database, met that criteria.

5. The United States received updated data from the SBE on March 6, 2009. According to that data set, an absentee ballot was mailed to Carl R. Conti on October 8, 2009. See Attachment A to this declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Shira Hoffman

Dated: September 18, 2009

# Attachment A

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LOCALITY | PRECINCT | last_name | first_name | middle_name | FULL_ADDRESS | full_address_line_2 | full_address_line | city |
| 37612 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | BYERLY | KRISTIN | KAY | 15505 BENCHLEY DR | | | COLORADO SPRINGS |
| 37613 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | CHEN | SUNNY | SHIH-FAIN | 1032 Carmelita Dr | | | Sierra Vista |
| 37614 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | CLARK | BARBARA | ANN | 1537 Winter Rd | | | Virginia Beach |
| 37615 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | CONNOR | MICHAEL | CASEY | OOSTELIJKE HANDELSKADE 1113 | 1019DN | AMSTERDAM | |
| 37616 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | CONTI | CARL | RICHARD | AIR DEPT V-O | USS THEODORE ROOSEVELT CVN-71 | | FPO |
| 37617 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | DUDLEY | KYLE | A | 4600 Church Point Pl | | | Virginia Beach |
| 37618 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | DUNN | DEREK | JOHN | C/O CITY HARVEST CHURCH | 8 TEMASEK BOULEVAR | #08-01 TO 03 | 038988 |
| 37619 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | GARIN | CATHERINE | KELSIE | 7963 JILLS CREEK DR. | | | BARTLETT |
| 37620 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | GORDON | STEVEN | JEFFERY | 1673 Church Point Ln | | | Virginia Beach |
| 37621 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | HARRINGTON | JAMES | | EASTERN UNITED PETROLEUM SE | PO BOX 9449 | AHMADI 61003 | |
| 37622 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | HARRINGTON | JAMES | | 4156 Hermitage Pt | | | Virginia Beach |
| 37623 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | HARRINGTON | SARAH | JANE | 4156 Hermitage Pt | | | Virginia Beach |
| 37624 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | HIGGINS | ABIGAIL | SARAH | USMAA GMATS SAMUELS HALL | 300 STEAMBOAT RD | | KINGS POINT |
| 37625 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | HOLMAN | THOMAS | DAILEY | 1504 Wakefield Dr | | | Virginia Beach |
| 37626 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | KURGAN | KATHLEEN | A | PSC 817 Box 51 | | | Fpo |
| 37627 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | KURGAN | KATHLEEN | A | PSC 817 Box 51 | | | Fpo |
| 37628 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | LAURENCE | COLLEEN | ELIZABETH | CORPS DE LA PAIX | BP 222 | NOUAKCHOTT | WEST AFRICA |
| 37629 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | LEDFORD | ANDREW | KENNETH | 4564 Church Point Pl | | | Virginia Beach |
| 37630 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | LEDFORD | ANDREW | KENNETH | 4564 Church Point Pl | | | Virginia Beach |
| 37631 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | LEONARD | STANLEY | SCOTT | 4136 Country Club Cir | | | Virginia Beach |
| 37632 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | MACIAS | LUIS | A | 4511 Sir Johns Ln | | | Virginia Beach |
| 37633 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | MAIN | ISABEL | YEARIAN | 1708 Westerfield Rd | | | Virginia Beach |
| 37634 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | MATOS | MICHAEL | A | USDAO BOGOTA | UNIT 5115 | | APO |
| 37635 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | MORO | MICHAEL | VINCENT | 4416 Hermitage Rd | | | Virginia Beach |
| 37636 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | MORRISON | DOUGLAS | HAMILTON | GRILLPARZERSTR 7/11B | VIENNA AUSTRIA | A-1010 | |
| 37637 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | MORRISON | DOUGLAS | HAMILTON | 4508 Curtiss Dr | | | Virginia Beach |
| 37638 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | PARUM | MARCIA | ABERNATHY | 115 CORNELL AVE | SCARBOROUGH ONTARIO M1N2Y5 | | |
| 37639 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | PETERSEN | ANIKA | JEANE | 4305 Hermitage Rd | | | Virginia Beach |
| 37640 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | PETERSEN | HENRIK | THOMAS | BARDOWICKER STR 28C | 21379 SCHARNEBECK | | |
| 37641 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | PETERSEN | JAN | BERND | IFFLANDSTRASSE 24 | 22087 HAMBURG | | |
| 37642 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | PETERSEN | MARY E | WOOD | BARDOWICKER STR 28C | 21379 SCHARNEBECK | | |
| 37643 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | ROBBINS | SARAH | JESSIE | 4124 Hermitage Pt | | | Virginia Beach |
| 37644 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | ROGUSKI | ANDREA | ELAINE | 1002 JOHNSON AVE | | | PORT NECHES |
| 37645 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | ROGUSKI | JEDEDIAH | JIM | 1002 JOHNSON AVE | | | PORT NECHES |
| 37646 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | SALISBURY | DAVID | THOMAS | 4585 3RD ST | | | LA MESA |
| 37647 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | SEMLER | COGAN | SCOTT | 222 CONGRESS AVE | | | PACIFIC GROVE |
| 37648 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | THOMPSON | HILLIARY | GENIA | PSC 477 Box 356 | | | Fpo |
| 37649 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | WALLER | KATHRYN | CLAIRE | B.P. 12 TANAMBE 504 | AMPARAFARAVOLA | | |
| 37650 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | WASTENEYS | KATHERINE | ANN | 571 PALMERSTON AVE | TORONTO ONTARIO | M6G-2P6 | |
| 37651 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | WEINSTEIN | BRIAN | CHARLES | 4632 Bradston Rd | | | Virginia Beach |
| 37652 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | WHALEN | TODD | EDWARD | 1708 Westerfield Rd | | | Virginia Beach |
| 37653 | VIRGINIA BEACH CITY | 018 - THOROUGHGOOD | WILEY | KIRSTEN | MARSHALL | 842 B Ave | | | Coronado |
| 37654 | VIRGINIA BEACH CITY | 019 - LAKE SMITH | CANNON | MICHAEL | LEWIS | USCG TRACEN | ONE MUNRO AVENUE | | CAPEMAY |
| 37655 | VIRGINIA BEACH CITY | 019 - LAKE SMITH | FORTUNE | JEANNIE | | 5005 Stedwick Ct Apt 103 | | | Virginia Beach |
| 37656 | VIRGINIA BEACH CITY | 019 - LAKE SMITH | GERSTENSLAG | ROBYN | BUCHANAN | 5055 Shell Rd # A | | | Virginia Beach |
| 37657 | VIRGINIA BEACH CITY | 019 - LAKE SMITH | GISTARB | JESSICA | UNTALAN | 5241 Bardith Cir | | | Virginia Beach |
| 37658 | VIRGINIA BEACH CITY | 019 - LAKE SMITH | HANNA | JAMES | DAVID | 5021 Parsons Ln | | | Virginia Beach |
| 37659 | VIRGINIA BEACH CITY | 019 - LAKE SMITH | KRAFT | ERICA | ANN | 36 Commando Ave | | | Fort Bragg |
| 37660 | VIRGINIA BEACH CITY | 019 - LAKE SMITH | KUNKEL | JACOB | THOMAS | 1508 Chatham Ct Apt 202 | | | Virginia Beach |

| | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | state | zip | country | BALLOT_M | UOCAVA_TYPE | BALLOT_ST | APP_PROCESSE | date_sent | BALLOT_PROCE | ONGOING_ |
| 37612 | CO | 80921 | US | Mail | 6B - Military - Spouse/Dependent - Domestic | Marked | 4/8/2008 0:00 | 10/8/2008 0:00 | 10/20/2008 0:00 | FALSE |
| 37613 | AZ | 856351929 | US | | 6A - Military - Domestic | Issued | 2/2/2008 0:00 | 10/8/2008 0:00 | | TRUE |
| 37614 | VA | 234554224 | | In Person | 6D - Temporarily Residing Outside US Due To Employment | On Machine | 10/29/2008 0:00 | 10/29/2008 0:00 | 10/29/2008 0:00 | FALSE |
| 37615 | | | NETHERLANDS | Mail | 6C - Temporarily Residing Outside US | Marked | 8/20/2008 0:00 | 10/8/2008 0:00 | 10/25/2008 0:00 | FALSE |
| 37616 | AE | 9599 | US | Mail | 6E - Military - Overseas | Late | 9/12/2008 0:00 | 10/8/2008 0:00 | 11/17/2008 0:00 | TRUE |
| 37617 | VA | 234554373 | US | | 6A - Military - Domestic | Issued | 10/3/2008 0:00 | 10/11/2008 0:00 | | TRUE |
| 37618 | | | SINGAPORE | | 6C - Temporarily Residing Outside US | Issued | 6/6/2006 0:00 | 10/8/2008 0:00 | | TRUE |
| 37619 | TN | 38133 | US | Mail | 6B - Military - Spouse/Dependent - Domestic | Marked | 9/22/2008 0:00 | 10/8/2008 0:00 | 10/30/2008 0:00 | FALSE |
| 37620 | VA | 234557015 | | Mail | 6A - Military - Domestic | Marked | 10/10/2008 0:00 | 10/21/2008 0:00 | 10/28/2008 0:00 | TRUE |
| 37621 | | | KUWAIT | | 6C - Temporarily Residing Outside US | Issued | 4/8/2008 0:00 | 10/8/2008 0:00 | | TRUE |
| 37622 | VA | 234554519 | | | 6C - Temporarily Residing Outside US | Deleted | 4/8/2008 0:00 | | | TRUE |
| 37623 | VA | 234554519 | | Mail | 6D - Temporarily Residing Outside US Due To Employment | Marked | 10/6/2008 0:00 | 10/10/2008 0:00 | 10/31/2008 0:00 | FALSE |
| 37624 | NY | 11024 | US | Mail | 6A - Military - Domestic | Marked | 10/23/2008 0:00 | 10/23/2008 0:00 | 10/31/2008 0:00 | FALSE |
| 37625 | VA | 234554529 | | Mail | 6A - Military - Domestic | Marked | 10/5/2007 0:00 | 10/8/2008 0:00 | 10/15/2008 0:00 | TRUE |
| 37626 | AE | 96229998 | US | | 6A - Military - Domestic | Deleted | 6/6/2008 0:00 | 10/8/2008 0:00 | | TRUE |
| 37627 | AE | 96229998 | US | Mail | 6E - Military - Overseas | Marked | 10/7/2008 0:00 | 10/11/2008 0:00 | 11/4/2008 0:00 | TRUE |
| 37628 | | | MAURITANIA | | 6C - Temporarily Residing Outside US | Issued | 6/12/2008 0:00 | 10/8/2008 0:00 | | TRUE |
| 37629 | VA | 234554363 | US | In Person | 6A - Military - Domestic | On Machine | 10/25/2008 0:00 | 10/25/2008 0:00 | 10/25/2008 0:00 | FALSE |
| 37630 | VA | 234554363 | US | | 6A - Military - Domestic | Deleted | 10/20/2008 0:00 | 10/24/2008 0:00 | | FALSE |
| 37631 | VA | 234554412 | | Mail | 6A - Military - Domestic | Marked | 10/14/2006 0:00 | 10/8/2008 0:00 | 10/16/2008 0:00 | TRUE |
| 37632 | VA | 234554935 | US | | 6A - Military - Domestic | Issued | 10/14/2008 0:00 | 10/21/2008 0:00 | | TRUE |
| 37633 | VA | 234554344 | | Mail | 6D - Temporarily Residing Outside US Due To Employment | Marked | 10/6/2008 0:00 | 10/11/2008 0:00 | 10/24/2008 0:00 | TRUE |
| 37634 | AA | 34038 | US | | 6A - Military - Domestic | Issued | 2/21/2008 0:00 | 10/8/2008 0:00 | | TRUE |
| 37635 | VA | 234554525 | US | Mail | 6C - Temporarily Residing Outside US | Marked | 10/1/2008 0:00 | 10/11/2008 0:00 | 11/1/2008 0:00 | TRUE |
| 37636 | | | AUSTRIA | Mail | 6C - Temporarily Residing Outside US | Marked | 7/18/2008 0:00 | 10/8/2008 0:00 | 10/20/2008 0:00 | TRUE |
| 37637 | VA | 234554318 | | | 6C - Temporarily Residing Outside US | Deleted | 1/2/2008 0:00 | | | TRUE |
| 37638 | | | CANADA | Mail | 6C - Temporarily Residing Outside US | Marked | 9/2/2008 0:00 | 10/8/2008 0:00 | 10/24/2008 0:00 | TRUE |
| 37639 | VA | 234554522 | | | 6C - Temporarily Residing Outside US | Issued | 8/15/2008 0:00 | 10/8/2008 0:00 | | TRUE |
| 37640 | | | GERMANY | Mail | 6C - Temporarily Residing Outside US | Marked | 8/27/2008 0:00 | 10/8/2008 0:00 | 10/14/2008 0:00 | TRUE |
| 37641 | | | GERMANY | Mail | 6C - Temporarily Residing Outside US | Marked | 8/15/2008 0:00 | 10/8/2008 0:00 | 10/20/2008 0:00 | TRUE |
| 37642 | | | GERMANY | | 6C - Temporarily Residing Outside US | Issued | 8/15/2008 0:00 | 10/8/2008 0:00 | | TRUE |
| 37643 | VA | 234554519 | | | 6D - Temporarily Residing Outside US Due To Employment | Issued | 10/14/2008 0:00 | 10/26/2008 0:00 | | FALSE |
| 37644 | TX | 77651 | US | Mail | 6A - Military - Domestic | Marked | 10/10/2008 0:00 | 10/20/2008 0:00 | 10/29/2008 0:00 | TRUE |
| 37645 | TX | 77651 | US | Mail | 6A - Military - Domestic | Marked | 10/10/2008 0:00 | 10/20/2008 0:00 | 10/29/2008 0:00 | TRUE |
| 37646 | CA | 91941 | US | Mail | 6A - Military - Domestic | Marked | 10/21/2008 0:00 | 10/21/2008 0:00 | 10/29/2008 0:00 | FALSE |
| 37647 | CA | 93950 | US | Mail | 6A - Military - Domestic | Marked | 9/24/2008 0:00 | 10/8/2008 0:00 | 11/4/2008 0:00 | TRUE |
| 37648 | AP | 963060300 | US | Mail | 6A - Military - Domestic | Marked | 5/15/2008 0:00 | 10/8/2008 0:00 | 10/20/2008 0:00 | TRUE |
| 37649 | | | MADAGASCAR | | 6D - Temporarily Residing Outside US Due To Employment | Issued | 10/10/2008 0:00 | 10/12/2008 0:00 | | TRUE |
| 37650 | | | CANADA | Mail | 6C - Temporarily Residing Outside US | Marked | 10/10/2008 0:00 | 10/20/2008 0:00 | 10/27/2008 0:00 | TRUE |
| 37651 | VA | 234554312 | | | 6E - Military - Overseas | Issued | 10/27/2008 0:00 | 10/28/2008 0:00 | | TRUE |
| 37652 | VA | 234554344 | | Mail | 6E - Military - Overseas | Marked | 10/6/2008 0:00 | 10/11/2008 0:00 | 10/24/2008 0:00 | TRUE |
| 37653 | CA | 921182616 | US | Mail | 6B - Military - Spouse/Dependent - Domestic | Marked | 9/15/2008 0:00 | 10/8/2008 0:00 | 10/20/2008 0:00 | FALSE |
| 37654 | NJ | 8204 | US | | 6A - Military - Domestic | Issued | 10/16/2008 0:00 | 10/23/2008 0:00 | | TRUE |
| 37655 | VA | 234553814 | US | In Person | 6A - Military - Domestic | On Machine | 10/27/2008 0:00 | 10/27/2008 0:00 | 10/27/2008 0:00 | FALSE |
| 37656 | VA | 234553805 | US | Mail | 6A - Military - Domestic | Marked | 10/28/2008 0:00 | 10/29/2008 0:00 | 11/3/2008 0:00 | TRUE |
| 37657 | VA | 234553861 | US | In Person | 6A - Military - Domestic | On Machine | 9/25/2008 0:00 | 9/25/2008 0:00 | 9/25/2008 0:00 | FALSE |
| 37658 | VA | 234553925 | | In Person | 6A - Military - Domestic | On Machine | 10/20/2008 0:00 | 10/20/2008 0:00 | 10/20/2008 0:00 | FALSE |
| 37659 | NC | 283071532 | US | Mail | 6A - Military - Domestic | Marked | 2/21/2008 0:00 | 10/8/2008 0:00 | 10/24/2008 0:00 | TRUE |
| 37660 | VA | 234553829 | US | Mail | 6A - Military - Domestic | Marked | 10/6/2008 0:00 | 10/12/2008 0:00 | 11/1/2008 0:00 | TRUE |