| CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET | DATE: 10-5-09 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE<br>United States v. Jean Cunningham, et al. | CASE NO: 3:08CV709<br>JUDGE: Williams<br>COURT REPORTER: Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by (✓) with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:
Matter came on for hearing on parties cross-motions for summary judgment.
Argument heard.
Matter taken under advisement by court.

**Counsel for Plaintiff(s)**
Richard Dellheim, Lema Bashir, Robin Perrin

**Counsel for Defendant(s)**
Robert A. Dybing

SET: 10:30   BEGAN: 10:30   ENDED: 10:54   TIME IN COURT: :24
RECESSES: