1          IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
2                   Richmond Division

3

4

5        The United States of America,

6                              plaintiff,

7                versus    3:08 CV 709

8        Jean Cunningham, et al.,

9                              defendants

10

11

12                  October 9, 2009

13                  Richmond, Virginia

14

15                  Phone Conference

16

17

18        Before:  Honorable Richard L. Williams

19        Senior United States District Judge

20

21

22

23            Gilbert Frank Halasz, RMR
                Official Court Reporter
24                U.S. Courthouse
                701 East Broad Street
25            Richmond, Virginia 23219

```
 1
 2
 3
 4
 5                    APPEARANCES
 6
 7
 8            Richard Dellheim, Esq.
 9             Robin E. Perrin, Esq.
10              Lema Bashir, Esq.
11               for the plaintiff
12
13          Robert A. Dybing, Esquire,
14               for the defendant
15
16
17
18
19
20
21
22
23
24
25
```

1          THE CLERK:  I have joined Judge Williams

2    here.  We have our court reporter, Gil Halasz,

3    well.

4          THE COURT:  Okay.  Identify yourselves, if

5    you will, so that Gil will have an accurate

6    record.

7          MR. DELLHEIM:  This Richard Dellheim on

8    behalf of the United States.

9          MS PERRIN:  Good afternoon.  This is Robin

10   Perrin on behalf of the United States.

11         MS BASHIR:  Lema Bashir here on behalf of

12   United States:

13         MR. DYBING:  Your Honor, good afternoon.

14   Robert Dybing for the defendant.

15         THE COURT:  All right.

16         Well, let me start off by asking Mr. Dellheim

17   a question.

18         I have done some preliminary research, and it

19   shows that eleven states have extended the state

20   law for accepting absentee ballots.  Have you

21   studied the law governing how states extend the

22   law for accepting absentee ballots, or is it a

23   matter of right that comes under some statute or

24   their constitution?

25         MR. DELLHEIM:  Your Honor, this is Richard

1    Dellheim.  Good afternoon.

2         We have not conducted a survey of how states

3    pass state law to extend ballot deadlines, but we

4    would, I guess with some confidence, infer that

5    states in coordination with state election

6    authorities determine what is the most reasonable

7    method of what is the most reasonable deadlines in

8    conjunction with applicable election calendars,

9    and then pass legislation as appropriate.

10        THE COURT:  Mr. Dybing, have you looked into

11   it to find out how they extend their law for

12   counting absentee ballots?

13        MR. DYBING:  No, Your Honor.

14        THE COURT:  Well, did you know that at least

15   eleven states have done it?  And it goes, Georgia,

16   three business days; Pennsylvania, New York 20

17   days; and Virginia, being an enlightened state, I

18   am sure it would extend it for at least 20 days.

19        Have you looked into that?

20        MR. DYBING:  If you are asking if I looked

21   into what other states have done, no, Your Honor,

22   I have not.

23        THE COURT:  Right.

24        Well, does Virginia have a provision where it

25   could extend, say, for 30 days the counting of

1    absentee ballots?

2         MR. DYBING:  No, Your Honor.

3         THE COURT:  All right.

4         Well, now if I were to find that Virginia did

5    violate UOCAVA, and we know from our hearing

6    earlier this week that the United States' position

7    is that the issue of whether to count the

8    timely-requested but belatedly-received ballots is

9    not moot despite the fact that the votes will not

10   be outcome-determinative because UOCAVA protects

11   the right to vote and not the right to change

12   elections, does the Commonwealth agree with that

13   position, Mr. Dybing?

14        MR. DYBING:  I am not sure I understood the

15   question, Your Honor.

16        THE COURT:  Did you understand it,

17   Mr. Dellheim?

18        MR. DELLHEIM:  I think I did, Your Honor.

19        If I may, it is, of course, the United

20   States' position if there is -- if The Court does

21   in fact find a UOCAVA violation stemming from the

22   November 2008 election, then the appropriate

23   remedy under UOCAVA is in fact to count the

24   ballots.

25        THE COURT:  Right.  But it is the position of

1    the United States that UOCAVA protects the right

2    to vote and not the right to change elections; is

3    that your position?

4         MR. DELLHEIM:  That is absolutely a hundred

5    percent the United States' position.

6         THE COURT:  All right.

7         What is the Commonwealth of Virginia's

8    position, Mr. Dybing?  Do you agree with

9    Mr. Dellheim?

10        MR. DYBING:  Only in a very general sense.  I

11   think UOCAVA has carefully provided certain

12   obligations on states which Virginia has complied

13   with.  And, of course, those obligations do

14   necessarily relate to the right to vote.  And so

15   that much we concur, that UOCAVA is in our

16   estimation clear as to the right conferred with

17   regard to absentee voting.

18        THE COURT:  But it is the right to vote and

19   not to change elections; is that your position?

20        MR. DYBING:  Well, that is correct.  I don't

21   see anything in UOCAVA that deals with the

22   changing of elections.

23        THE COURT:  All right.  But --

24        MR. DYBING:  If I could be specific, Your

25   Honor.  Specifically 1973-1(a)(1) obligates states

1    to permit UOCAVA voters to vote by absentee ballot

2    and to process those ballots in a certain way.

3    And so the obligation of the state, we think, are

4    clear.  And those obligations do not extend to the

5    changing of elections, or it doesn't address that

6    topic.

7        THE COURT:  All right.

8        Well now, to the extent that you didn't say

9    "yes," as you know the Fourth Circuit handles

10   issues of mootness much like it handles issues of

11   Article III standing, and as such for a

12   controversy to be moot it must lack at least one

13   of the three required elements of Article III

14   standing; one, injury in fact; causation; or

15   three, redressability.

16       Now, which of these three elements then do

17   you believe the United States lacks as to the

18   counting of ballots issue?

19       MR. DYBING:  Well, Your Honor, I think

20   redressability was a point that we mentioned in

21   our motion to dismiss at the very inception of the

22   case.  And I understand The Court did not find the

23   case moot at that juncture.  But certainly our

24   position, given the state of affairs now in

25   October of 2009 that there is no effective

1    redress-ability available --

2        THE COURT:  Well, let me ask you this.

3        As of now these uncounted ballots, have they

4    been shipped into Richmond and are being held in a

5    secure place?  Or do you know?

6        MR. DYBING:  We know the answer, Your Honor.

7    I will have the answer to you in about ten

8    seconds.

9        THE COURT:  Okay.

10        MR. DYBING:  They are secured in each

11    locality.

12        THE COURT:  Okay.  So the local registrars

13    and officials, I think they put them in a sealed

14    envelope as I recall it; is that right?

15        MR. DYBING:  That's correct.  That's correct.

16    Under the local electoral board.  I think the

17    Virginia statute provides, Your Honor, that those

18    ballots are kept by the clerk of court.

19        THE COURT:  Okay.

20        Well, let me ask you.  To what extent would

21    it be costly for the Commonwealth of Virginia to

22    now have them counted and then processed in the

23    usual way?  Would it be expensive, or would you

24    have to reconvene a whole lot of people?  How

25    would the clerk certify that these are the actual

1    ballots that were turned over to the registrars,

2    or whatever you have in Wise County and these

3    remote localities in Virginia?

4        MR. DYBING:  Your Honor, it would be

5    expensive.  If I could elaborate on my answer.

6    The officers of election -- excuse me one second,

7    Your Honor.

8        There are 15,000 officers of election who are

9    involved in the certification process.  And there

10   are four hundred people who are on a local

11   electoral board who then must certify those

12   results.  So we are talking about a fairly

13   enormous undertaking in terms of the cost of

14   assembling those people, paying those people, et

15   cetera.

16       THE COURT:  All right.

17       All right, Mr. Dellheim.  How can you justify

18   putting the Commonwealth to this expense knowing

19   as we do that these votes will have no impact on

20   the election results?  And what point does The

21   Court's eye for economy and the efficient use of

22   time and resources have to trump requests for a

23   year-old outcome, moot, feel-good remedy when The

24   Court has no reason to believe the Commonwealth

25   will not provide absentee ballots in time enough

1    for UOCAVA voters to cast them timely at all

2    future elections?  Can you answer that?

3        MR. DELLHEIM:  The United States is mindful

4    in this case, as we are in all cases, of the

5    impact on the localities of our cases.  However,

6    it is clear that the right to vote is, under

7    Supreme Court case law among others, perhaps the

8    most fundamental right that an American enjoys.

9    There is evidence before this court from a Navy

10   captain explaining exactly, far more articulably

11   than I could, how important it is to him as he

12   served his country to insure that the right to

13   vote that has been stripped from him through no

14   fault of his own be restored and that his vote

15   counts.

16       MS BASHIR:  Your Honor, if I may.  There is

17   an election coming -- this is Lema Bashir for The

18   United States -- sorry.  An election coming up on

19   November 3rd.  Would it be possible to have

20   certification take place along with the

21   certification during that election to save

22   resources, if that is a problem?

23       THE COURT:  Are you putting that to

24   Mr. Dybing or to me?

25       MS BASHIR:  Mr. Dybing, or to you perhaps as

1      a suggestion.

2          THE COURT:  Mr. Dybing, do you care to

3      comment on that?

4          MR. DYBING:  I will in just a moment, Your

5      Honor.  I need to refer to a source.

6          There are different officers of election for

7      the up-coming election.  They switch every

8      election.

9          THE COURT:  All right.

10         MR. DYBING:  And they are volunteers.

11         MR. DELLHEIM:  This is Richard Dellheim.

12         There must be some practical way that is as

13     mindful as we can be of conserving local election

14     officers' resources to insure that these votes

15     count.

16         THE COURT:  All right.

17         MR. DELLHEIM:  Miss Bashir's suggestion that

18     when the officers for the up-coming election are

19     called they do double duty and certify the

20     November 2008 election.  If Mr. Dybing says that

21     is impossible, there is an election after that.

22     There must be some way to insure that these votes

23     are counted while being mindful of limited local

24     election resources.

25         THE COURT:  Let me ask you another question.

1          If I order the Commonwealth to count as valid

2     the timely-requested but belatedly-received

3     absentee ballots, for how long would you have The

4     Court extend Virginia's statutory deadline beyond

5     the close of polls on November 4, 2008?  And I

6     guess some guidance would be that the states that

7     have extended it go over anywhere from three days

8     to 20 days.  Do you think 20 days would be a

9     reasonable period of time, or longer, or what?

10         Are you scratching your head, or didn't you

11    hear my question?

12         MR. DYBING:  Are you asking me that question?

13         THE COURT:  I was asking Mr. Dellheim.

14         MR. DELLHEIM:  Thank you, Judge.

15         THE COURT:  How long -- suppose that I order

16    the Commonwealth to count as valid the

17    timely-requested but belatedly-received absentee

18    ballots?  For how long after November 4 should the

19    cut-off be?

20         MR. DELLHEIM:  Your Honor, it is our view

21    that all the ballots that were received that were

22    belatedly sent out but nonetheless received should

23    be counted.

24         THE COURT:  Okay.  So even if they came in as

25    much as say 60 days after the polls closed on

1    November 4?

2        MR. DELLHEIM:  Your Honor, there is an

3    answer.  There is an answer to this question and I

4    do not have the state's data base in front of me.

5    Perhaps my colleague may be able to assist me.

6    But I believe that the last ballots were received

7    sometime in late November or early December.

8        THE COURT:  Okay.

9        MR. DELLHEIM:  I may be wrong about that,

10   Your Honor.  But I believe that we are not talking

11   about an infinite amount of time.

12       THE COURT:  Okay.

13       MS BASHIR:  That is the case, Your Honor.  I

14   believe that the last ballot arrived was returned

15   on December 17th.

16       THE COURT:  Okay.

17       MR. DYBING:  Your Honor, Bob Dybing here.

18       We don't believe that is correct.  We think

19   that ballots continue to come in and came in in to

20   the spring.

21       MR. DELLHEIM:  I would respond to that that

22   in the Wisconsin case that we have cited in our

23   briefs that is precisely the remedy order in

24   effect by that court.  In other words, it was a

25   November election and the court ordered the state

1    to certify the results, I believe, for all ballots

2    received.  And the election was not certified, I

3    believe, until the following spring.  In other

4    words --

5        THE COURT:  Well, Mr. Dellheim, while I have

6    you on the line, where do I get the authority to

7    make an order to modify Virginia's state law?

8        MR. DELLHEIM:  I believe under the supremacy

9    clause, Your Honor.  If in fact the State of

10   Virginia -- if The Court finds the State of

11   Virginia has violated federal law it is within The

12   Court's remedial authority under UOCAVA to order

13   such relief as will completely remedy the

14   violation.

15       THE COURT:  Mr. Dybing, do you share his

16   views that I have that authority, or do you think

17   that it is going too far?

18       MR. DYBING:  Your Honor, respectfully, we

19   contend that there is no authority in UOCAVA for

20   The Court to intrude on Virginia's electoral

21   regime, particularly with regard, particularly

22   with regard to the processing and handling of

23   absentee ballots which may have been mailed late

24   and which were received after the election day,

25   the date by which they had to be counted under

1     Virginia law.  We don't see any authority in

2     UOCAVA to impose that remedy.

3          MR. DELLHEIM:  Your Honor, with respect to

4     Mr. Dybing, the State of Virginia's position is

5     completely out of step with every -- with almost

6     every single state with whom we have had you

7     UOCAVA litigation.  Most of our cases settled.

8     Most of the cases are settled by a federal court

9     order where states concede a violation and where

10    they also concede that the court has the power to

11    in those circumstances implement a remedy that is

12    at times contrary to state law.

13         THE COURT:  All right.

14         Well, I think you have answered most of my

15    questions.

16         Mr. Dybing, anything else that you can add

17    that you think will be helpful to The Court before

18    I issue an opinion in the case?

19         MR. DYBING:  No, Your Honor.

20         THE COURT:  Okay.

21         Any of your associates in attendance, on both

22    sides, can you add anything that will ease the

23    burdens of The Court in deciding this case?

24    Because I will give you some sort of a medal if

25    you can make it easier for me.

1        MS BASHIR:  Lema Bashir.  One thing I would

2    suggest with respect to counting late-arrived

3    ballots, perhaps it would ease your mind if we

4    were looking at those that were post marked by

5    election day.

6        THE COURT:  Okay.

7        MS BASHIR:  As to opposed to any ballots

8    returned late.

9        THE COURT:  Okay.  So if one came out of

10   Afghanistan that was postmarked on November 3 or 4

11   and was received on Christmas of the following

12   year that would be counted?

13       MR. DYBING:  Your Honor, Robert Dybing here.

14   Your Honor, there are no post marks on these

15   ballots.  These are free mail.

16       THE COURT:  Okay.  So how does that affect

17   your suggestion that the postmark on them would be

18   helpful?

19       MS BASHIR:  Postmark or perhaps the date with

20   the voter's signature.  Something indicating this

21   is when the vote was cast by election day.

22       THE COURT:  Will that data be on all the

23   ballots do you think?

24       MR. DYBING:  No, Your Honor.

25       THE COURT:  Well, each of you give me the

1    spin that you put on that question.

2        MR. DYBING:  Robert Dybing here, Your Honor.

3        There is no date on the ballots.

4        THE COURT:  All right.

5        MS BASHIR:  Then I misunderstood.  I

6    apologize, Your Honor.

7        THE COURT:  All right.  Fine.

8        Well, I will get on this as soon as I can.

9    But I can promise you in advance I am not going to

10   ruin my Columbus Day holiday on Monday by working

11   on this.  I am giving each of you all permission

12   not to even think about it on Columbus Day.

13       MR. DYBING:  Thank you, Judge.

14       MR. DELLHEIM:  We are grateful, Your Honor.

15       THE COURT:  If you can think of anything else

16   that will be helpful to you, I leave it open to to

17   to drop me a memo or something of that nature.

18       MR. DYBING:  Yes, Your Honor.

19       THE COURT:  All right.

20       Thank you for arranging the call.

21       MR. DELLHEIM:  Thank you for your time, Your

22   Honor.

23       MS BASHIR:  Thank you.

24       THE COURT:  Good bye.

25       MR. DYBING:  Goodbye.

1

2                    HEARING ADJOURNED.

3

4        The foregoing is a true and correct transcript.

5

6                 Gilbert Frank Halasz, RMR

7                  Official Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25