# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 3:08CV709 |
| v. ) | |
| ) | |
| JEAN CUNNINGHAM, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## UNITED STATES' NOTICE REGARDING UOCAVA AMENDMENTS AND FUTURE RELIEF

The United States respectfully notifies the Court that:

1.On October 28, 2009, President Obama signed into law significant amendments to UOCAVA, as part of the National Defense Authorization Act for Fiscal Year 2010.

2.As to the issue of future relief deferred by the Court in its October 15, 2009 Order, the United States notes its intent to confer in good faith with the Defendants as to the appropriate measures it must adopt to ensure UOCAVA compliance in future elections. Should the Defendants fail to adopt such measures within sixty days of the date of this filing, the United States respectfully intends to notify the Court and seek relief appropriate to the circumstances.

Respectfully submitted,

THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL

NEIL H. MACBRIDE

UNITED STATES ATTORNEY

/s/
Robin E. Perrin
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robin.Perrin2@usdoj.gov

CHRISTOPHER COATES
REBECCA J. WERTZ
RICHARD DELLHEIM (admitted *pro hac vice*)
LEMA BASHIR
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave., NW
Room NWB-7254
Washington, D.C. 20530
Phone: (202) 305-1291
Fax:    (202) 307-3961
christopher.coates@usdoj.gov
rebecca.j.wertz@usdoj.gov
richard.dellheim@usdoj.gov
lema.bashir@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of November 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

      Robert A. Dybing
      rdybing@t-mlaw.com
      *Attorney for the Defendant*

By: /s/
Robin E. Perrin
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robin.Perrin2@usdoj.gov