UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 3:08cv709

JEAN CUNNINGHAM, *et al.*,

　　　　Defendants.

## CONSENT ORDER

The Plaintiff-Intervenor, United States of America, and the Defendants, Jean Cunningham, Nancy Rodrigues, and Harold Pyon, being the members of the Virginia State Board of Elections, sued in their official capacity, the Virginia State Board of Elections, and the Commonwealth of Virginia, consent to the entry of this Order.

WHEREAS, the parties have filed with the Court agreed-upon procedures for counting the ballots as required by the Court's Final Order dated October 15, 2009 (the "Final Order"); and

WHEREAS, owing to a disputed election in Virginia Beach, Virginia, it is not practicable for the defendants to certify the revised election results within the time contemplated by the Court's Final Order; it is hereby:

ORDERED, that the defendants shall count and certify the ballots in question on or before November 28, 2009.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　Richard L. Williams
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

We ask for this:

JEAN CUNNINGHAM, *et al.*

By   /s/  _____
Counsel
Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Fax: (804)780-1813
Email: rdybing@t-mlaw.com
*Counsel for Jean Cunningham, Nancy Rodrigues, and Harold Pyon, being the members of the Virginia State Board of Elections sued in their official capacity; Virginia State Board of Elections; and the Commonwealth of Virginia, Defendants*

Agreed to:

THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

/s/
Robin E. Perrin
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robin.Perrin2@usdoj.gov

CHRISTOPHER COATES
REBECCA J. WERTZ
RICHARD DELLHEIM (admitted *pro hac vice*)
LEMA BASHIR
United States Department of Justice

Civil Rights Division, Voting Section
950 Pennsylvania Ave., NW
Room NWB-7254
Washington, D.C. 20530
Phone: (202) 305-1291
Fax: (202) 307-3961
christopher.coates@usdoj.gov
rebecca.j.wertz@usdoj.gov
richard.dellheim@usdoj.gov
lema.bashir@usdoj.gov