UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.         Case No. 3:08cv709

JEAN CUNNINGHAM, *et al.*,

    Defendants.

## **NOTICE OF RE-CERTIFICATION OF ELECTION RESULTS**

The Plaintiff-Intervenor, United States of America, and the Defendants, Jean Cunningham, Nancy Rodrigues, and Harold Pyon, being the members of the Virginia State Board of Elections, sued in their official capacity, the Virginia State Board of Elections, and the Commonwealth of Virginia, hereby jointly notify the Court that on November 23, 2009, the State Board of Elections re-certified the election results of the November 2008 general election after counting all ballots included in this Court's October 15, 2009 Final Order.

Exhibit 1, attached hereto, contains the re-certified election results.

        JEAN CUNNINGHAM, *et al.*

        By  /s/
           Counsel

Robert A. Dybing, VSB No. 32712
John A. Gibney, Jr., VSB No. 15754
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Fax: (804)780-1813
Email: rdybing@t-mlaw.com
*Counsel for Jean Cunningham, Nancy Rodrigues, and Harold Pyon, being the members of the Virginia State Board of Elections sued in their official capacity; Virginia State Board of Elections; and the Commonwealth of Virginia, Defendants*

1

Agreed to:

THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

/s/
Robin E. Perrin
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robin.Perrin2@usdoj.gov


CHRISTOPHER COATES
REBECCA J. WERTZ
RICHARD DELLHEIM (admitted *pro hac vice*)
LEMA BASHIR
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave., NW
Room NWB-7254
Washington, D.C. 20530
Phone: (202) 305-1291
Fax: (202) 307-3961
christopher.coates@usdoj.gov
rebecca.j.wertz@usdoj.gov
richard.dellheim@usdoj.gov
lema.bashir@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on November 25, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

>Christopher Coates, Chief
>Rebecca J. Wertz, Deputy Chief
>Richard Dellheim
>Lema Bashir
>Trial Attorneys
>United States Department of Justice
>Civil Rights Division, Voting Section
>950 Pennsylvania Avenue NW
>Room NWB-7254
>Washington, D.C. 20530
>*Counsel for Intervenor United States of America*

>By: /s/
>Robert A. Dybing, VSB No. 32712
>John A. Gibney, Jr., VSB No. 15754
>Counsel for Defendants
>ThompsonMcMullan, P.C.
>100 Shockoe Slip, Third Floor
>Richmond, Virginia 23219
>(804)649-7545
>Fax: (804)780-1813
>rdybing@t-mlaw.com
>jgibney@t-mlaw.com