Statement of the votes cast in the counties and cities of the Commonwealth of Virginia for United States Senator at the November 4, 2008 General Election. There were cast:

| COUNTIES | Mark R. WARNER (D) | James S. "Jim" GILMORE III (R) | Glenda Gail PARKER (IG) | William B. REDPATH (L) | Write-In Votes |
|---|---|---|---|---|---|
| Accomack | 9,594 | 5,379 | 146 | 81 | 2 |
| Albemarle | 34,604 | 15,076 | 170 | 347 | 43 |
| Alleghany | 5,397 | 1,794 | 44 | 21 | 1 |
| Amelia | 3,219 | 3,163 | 39 | 31 | 2 |
| Amherst | 8,152 | 5,895 | 167 | 62 | 7 |
| Appomattox | 4,551 | 2,921 | 33 | 35 | 3 |
| Arlington | 82,119 | 24,232 | 717 | 891 | 145 |
| Augusta | 14,963 | 16,750 | 234 | 215 | 14 |
| Bath | 1,544 | 821 | 15 | 8 | 2 |
| Bedford | 17,862 | 17,084 | 133 | 132 | 14 |
| Bland | 1,517 | 1,232 | 30 | 18 | 1 |
| Botetourt | 9,230 | 7,811 | 83 | 87 | 10 |
| Brunswick | 5,655 | 1,961 | 45 | 32 | 1 |
| Buchanan | 6,017 | 2,533 | 28 | 17 | 4 |
| Buckingham | 4,581 | 2,229 | 54 | 37 | 3 |
| Campbell | 13,016 | 11,499 | 162 | 143 | 21 |
| Caroline | 8,799 | 3,780 | 75 | 49 | 2 |
| Carroll | 6,737 | 5,247 | 112 | 74 | 8 |
| Charles City | 3,105 | 967 | 20 | 19 | 0 |
| Charlotte | 3,616 | 2,115 | 57 | 23 | 5 |
| Chesterfield | 93,910 | 63,950 | 824 | 997 | 165 |
| Clarke | 4,495 | 2,745 | 40 | 56 | 1 |
| Craig | 1,585 | 1,006 | 17 | 24 | 1 |
| Culpeper | 11,031 | 7,727 | 150 | 103 | 6 |
| Cumberland | 2,866 | 1,665 | 32 | 26 | 1 |
| Dickenson | 4,415 | 2,105 | 39 | 14 | 7 |
| Dinwiddie | 7,561 | 4,747 | 88 | 70 | 1 |
| Essex | 3,565 | 1,633 | 29 | 22 | 0 |
| Fairfax | 345,978 | 157,286 | 2,746 | 2,904 | 559 |
| Fauquier | 18,725 | 14,708 | 171 | 163 | 30 |
| Floyd | 4,597 | 2,649 | 48 | 65 | 6 |
| Fluvanna | 7,635 | 4,811 | 45 | 64 | 10 |
| Franklin | 15,391 | 9,292 | 147 | 120 | 3 |
| Frederick | 18,169 | 14,647 | 184 | 160 | 17 |
| Giles | 5,108 | 2,353 | 59 | 55 | 3 |
| Gloucester | 10,623 | 8,040 | 125 | 123 | 14 |
| Goochland | 6,777 | 5,472 | 61 | 76 | 10 |
| Grayson | 4,121 | 2,743 | 59 | 50 | 2 |
| Greene | 4,293 | 3,711 | 53 | 42 | 2 |
| Greensville | 3,507 | 1,155 | 39 | 13 | 1 |
| Halifax | 9,881 | 5,769 | 104 | 77 | 6 |
| Hanover | 27,218 | 27,559 | 261 | 362 | 119 |
| Henrico | 102,465 | 48,286 | 664 | 870 | 90 |
| Henry | 17,753 | 6,551 | 146 | 89 | 12 |

Statement of the votes cast in the counties and cities of the Commonwealth of Virginia for United States Senator at the November 4, 2008 General Election.  There were cast:

| COUNTIES | Mark R. WARNER (D) | James S. "Jim" GILMORE III (R) | Glenda Gail PARKER (IG) | William B. REDPATH (L) | Write-In Votes |
|---|---|---|---|---|---|
| Highland | 905 | 640 | 10 | 13 | 0 |
| Isle of Wight | 11,579 | 7,849 | 147 | 80 | 12 |
| James City | 22,682 | 14,908 | 183 | 269 | 35 |
| King and Queen | 2,340 | 1,204 | 17 | 23 | 1 |
| King George | 6,026 | 4,112 | 67 | 49 | 9 |
| King William | 4,719 | 3,436 | 40 | 45 | 9 |
| Lancaster | 4,072 | 2,602 | 24 | 42 | 1 |
| Lee | 5,507 | 3,411 | 60 | 19 | 3 |
| Loudoun | 84,470 | 50,962 | 736 | 743 | 123 |
| Louisa | 9,020 | 5,859 | 107 | 83 | 11 |
| Lunenburg | 3,542 | 1,932 | 38 | 26 | 2 |
| Madison | 3,701 | 2,657 | 68 | 26 | 2 |
| Mathews | 3,070 | 2,228 | 26 | 25 | 2 |
| Mecklenburg | 8,445 | 5,747 | 132 | 97 | 1 |
| Middlesex | 3,325 | 2,510 | 34 | 36 | 1 |
| Montgomery | 27,564 | 11,767 | 223 | 322 | 44 |
| Nelson | 5,581 | 2,412 | 23 | 38 | 2 |
| New Kent | 4,989 | 4,713 | 52 | 83 | 8 |
| Northampton | 4,803 | 1,583 | 53 | 35 | 1 |
| Northumberland | 4,285 | 2,928 | 35 | 34 | 5 |
| Nottoway | 4,142 | 2,123 | 49 | 43 | 7 |
| Orange | 9,275 | 6,050 | 103 | 81 | 4 |
| **Page** | 5,797 | 4,329 | 65 | 33 | 13 |
| Patrick | 4,580 | 3,221 | 92 | 63 | 1 |
| Pittsylvania | 17,092 | 11,557 | 203 | 148 | 9 |
| Powhatan | 6,363 | 7,774 | 72 | 83 | 10 |
| Prince Edward | 5,881 | 2,767 | 73 | 65 | 5 |
| Prince George | 8,876 | 6,570 | 157 | 85 | 25 |
| **Prince William** | 104,520 | 53,546 | 1,013 | 710 | 214 |
| Pulaski | 9,467 | 5,113 | 62 | 93 | 10 |
| Rappahannock | 2,632 | 1,675 | 16 | 29 | 12 |
| Richmond | 2,297 | 1,337 | 16 | 16 | 2 |
| **Roanoke** | 29,783 | 20,114 | 182 | 285 | 66 |
| Rockbridge | 6,098 | 3,771 | 52 | 61 | 4 |
| Rockingham | 15,475 | 17,156 | 148 | 142 | 13 |
| Russell | 7,472 | 3,773 | 46 | 19 | 4 |
| Scott | 5,241 | 4,255 | 61 | 36 | 8 |
| Shenandoah | 9,686 | 8,938 | 130 | 117 | 17 |
| Smyth | 7,199 | 4,703 | 73 | 48 | 12 |
| Southampton | 5,884 | 2,906 | 63 | 28 | 5 |
| **Spotsylvania** | 31,665 | 21,030 | 293 | 272 | 40 |
| Stafford | 32,150 | 21,695 | 370 | 259 | 48 |
| Surry | 2,732 | 1,029 | 25 | 17 | 0 |
| Sussex | 3,817 | 1,281 | 40 | 21 | 0 |
| Tazewell | 9,194 | 6,583 | 148 | 65 | 12 |

Statement of the votes cast in the counties and cities of the Commonwealth of Virginia for United States Senator at the November 4, 2008 General Election. There were cast:

| COUNTIES | Mark R. WARNER (D) | James S. "Jim" GILMORE III (R) | Glenda Gail PARKER (IG) | William B. REDPATH (L) | Write-In Votes |
|---|---|---|---|---|---|
| Warren | 8,862 | 6,766 | 95 | 79 | 31 |
| Washington | 12,929 | 10,835 | 123 | 59 | 16 |
| Westmoreland | 5,485 | 2,395 | 62 | 46 | 0 |
| Wise | 8,605 | 5,114 | 72 | 53 | 5 |
| Wythe | 7,325 | 4,899 | 91 | 33 | 19 |
| York | 18,389 | 14,599 | 171 | 213 | 27 |
| TOTAL COUNTIES | 1,605,485 | 934,463 | 14,736 | 14,257 | 2,265 |
| CITIES | | | | | |
| Alexandria | 53,472 | 14,756 | 409 | 478 | 96 |
| Bedford | 1,748 | 894 | 12 | 9 | 4 |
| Bristol | 4,060 | 3,031 | 47 | 22 | 19 |
| Buena Vista | 1,591 | 769 | 10 | 10 | 1 |
| Charlottesville | 16,470 | 2,923 | 108 | 144 | 33 |
| Chesapeake | 65,527 | 38,304 | 525 | 464 | 53 |
| Colonial Heights | 4,077 | 4,406 | 67 | 69 | 6 |
| Covington | 1,817 | 474 | 16 | 5 | 2 |
| Danville | 14,294 | 5,069 | 114 | 94 | 2 |
| Emporia | 1,907 | 598 | 25 | 7 | 1 |
| Fairfax | 7,527 | 3,515 | 86 | 80 | 10 |
| Falls Church | 5,022 | 1,550 | 42 | 47 | 13 |
| Franklin | 3,217 | 958 | 29 | 14 | 2 |
| Fredericksburg | 7,100 | 2,233 | 67 | 72 | 14 |
| Galax | 1,534 | 726 | 10 | 10 | 1 |
| Hampton | 51,193 | 14,149 | 503 | 275 | 94 |
| Harrisonburg | 9,867 | 4,268 | 83 | 102 | 15 |
| Hopewell | 5,844 | 2,849 | 74 | 52 | 2 |
| Lexington | 1,796 | 588 | 7 | 17 | 3 |
| Lynchburg | 19,852 | 13,489 | 139 | 189 | 54 |
| Manassas | 7,624 | 4,167 | 60 | 64 | 25 |
| Manassas Park | 2,743 | 1,264 | 39 | 22 | 2 |
| Martinsville | 5,261 | 1,089 | 18 | 20 | 2 |
| Newport News | 57,654 | 20,470 | 542 | 422 | 83 |
| Norfolk | 69,102 | 16,660 | 569 | 437 | 64 |
| Norton | 1,076 | 398 | 10 | 10 | 1 |
| Petersburg | 13,605 | 1,276 | 136 | 68 | 5 |
| Poquoson | 3,324 | 3,562 | 36 | 45 | 6 |
| Portsmouth | 35,371 | 9,597 | 327 | 181 | 54 |
| Radford | 3,853 | 1,460 | 28 | 21 | 8 |
| Richmond | 76,593 | 12,517 | 672 | 782 | 70 |
| Roanoke | 29,823 | 9,823 | 195 | 220 | 14 |
| Salem | 7,617 | 4,550 | 43 | 73 | 4 |
| Staunton | 6,897 | 3,656 | 60 | 55 | 1 |

Statement of the votes cast in the counties and cities of the Commonwealth of Virginia for United States Senator at the November 4, 2008 General Election. There were cast:

| CITIES | Mark R. WARNER (D) | James S. "Jim" GILMORE III (R) | Glenda Gail PARKER (IG) | William B. REDPATH (L) | Write-In Votes |
|---|---|---|---|---|---|
| Suffolk | 24,069 | 12,260 | 280 | 158 | 10 |
| Virginia Beach | 124,551 | 67,917 | 1,408 | 1,071 | 116 |
| Waynesboro | 5,039 | 3,549 | 49 | 48 | 6 |
| Williamsburg | 4,875 | 1,630 | 54 | 103 | 14 |
| Winchester | 6,896 | 3,017 | 56 | 52 | 5 |
| Total Cities | 763,888 | 294,411 | 6,955 | 6,012 | 915 |
| Total Counties | 1,605,485 | 934,463 | 14,736 | 14,257 | 2,265 |
| Total Votes Cast | 2,369,373 | 1,228,874 | 21,691 | 20,269 | 3,180 |
| Aggregate | | | 3,643,387 | | |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the counties and cities of the Commonwealth at the General Election held on November 4, 2008, for **United States Senator** and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

### MARK R. WARNER

having received the greatest number of votes cast in said election was duly elected to the office of United States Senator from the Commonwealth of Virginia for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____, Chairman

_____, Vice Chairman

_____, Secretary

Statement of the votes cast in the counties and cities in the Commonwealth of Virginia for Electors of President and Vice President at the November 4, 2008 General Election. There were cast:

| COUNTIES | DEMOCRATIC PARTY Obama/Biden<br>Chrisila V. Ray, Sandra W. Brandt, Betty L. Squire, Susan Johnston Rowland, Marc L. Finney, Dorothy S. Blackwell, James Harold Allen Boyd, Marian A. Van Landingham, Robert Edgar Childress, Jr., Rolland D. Winter, Janet A. Carver, Michael Jon Khandelwal, Sophie Ann Salley | REPUBLICAN PARTY McCain/Palin<br>Janet A. Jackson, David E. Nygaard, Arthur Lee Talley, Jr., Wayne Junius Ozmore, Jr., George A. Sterling, Richard Allen Claybrook, Jr., Linwood M. Cobb III, R. Christian Hoff, Sydney Strother Smith III, Barbara "Bobbie" Greene Kilberg, William Wickham Hanks, Thomas E. Foley, James K. "Jay" O'Brien, Jr. | INDEPENDENT GREEN PARTY Baldwin/Castle<br>Craig E. Ennis, D. C. Amarasinghe, William K. Grogan, Albert P. Burckard, Jr., Sherman D. Witcher, Joseph L. LeBlanc, Brian Taylor, Glenda Gail Parker, George R. Wood, Harlan Fred Wahlert, David William Gillis, Jr., Carey C. Campbell, Mario T. Palmiotto | LIBERTARIAN PARTY Barr/Root<br>K. M. Offerman, Henry T. Thrasher, Sanford J. Pankin, William Donald Tabor, Jr., Lindsey M. Burke, Elizabeth Blanton Bowles, George Nicholas Marchenko, Donald Edward Ferguson, James W. Lark III, Wilbur N. Wood III, Scott T. Wakeman, Leonard T. Harris, L. Marc Montoni | GREEN PARTY McKinney/Clemente<br>Christopher E. Fink, Edmund Everett Dowe II, Rain Burroughs, Richard A. Miller, Jana Lee Cutlip, Daniel A. Metraux, John B. Gallini, Kirit Mookerjee, Clifford Barry Anderson, Mary Theresa Schmidt Taylor, Paul S. Hughes, James R. Lowenstern, Tamar B. Yager | INDEPENDENT Nader/Gonzalez<br>Ashley Elizabeth Slaff, Adrienne Nicole Cottle, Nicholas William Johnson, Erick W. Brucker, Jeffrey C. Mitchell, Raymond W. Fary, Michael Lee Ogilvie, Henry A. Perretta, Matthew Lee Alley, Daniel J. Christakos, Michael Joseph Smith, Dena May Cottle, Rickey Ray Johnson | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| Accomack | 7,607 | 7,833 | 31 | 54 | 16 | 65 | 17 |
| Albemarle | 29,793 | 20,576 | 95 | 224 | 28 | 166 | 103 |
| Alleghany | 3,553 | 3,715 | 25 | 14 | 7 | 48 | 7 |
| Amelia | 2,488 | 3,970 | 18 | 12 | 12 | 26 | 3 |
| Amherst | 6,094 | 8,470 | 33 | 41 | 7 | 39 | 16 |
| Appomattox | 2,641 | 4,903 | 30 | 30 | 12 | 8 | 6 |
| Arlington | 78,994 | 29,876 | 122 | 487 | 61 | 312 | 301 |
| Augusta | 9,825 | 23,120 | 89 | 111 | 20 | 125 | 48 |
| Bath | 1,043 | 1,349 | 15 | 5 | 4 | 12 | 4 |
| Bedford | 11,017 | 24,420 | 104 | 128 | 21 | 106 | 34 |
| Bland | 864 | 2,031 | 13 | 8 | 8 | 30 | 5 |
| Botetourt | 5,693 | 11,471 | 71 | 68 | 17 | 62 | 24 |
| Brunswick | 4,973 | 2,877 | 18 | 13 | 13 | 13 | 7 |
| Buchanan | 4,063 | 4,541 | 25 | 25 | 11 | 36 | 33 |
| Buckingham | 3,489 | 3,428 | 14 | 19 | 10 | 30 | 4 |
| Campbell | 8,091 | 17,444 | 95 | 75 | 14 | 66 | 29 |

**COUNTIES**

| Party | Presidential ticket | Electors |
|---|---|---|
| DEMOCRATIC PARTY | Obama/Biden | Christia V. Rey; Sandra W. Brandt; Betty L. Squire; Susan Johnston Rowland; Marc L. Finney; Dorothy S. Blackwell; James Harold Allen Boyd; Marian A. Van Landingham; Robert Edgar Childress, Jr.; Rolland D. Winter; Janet A. Carver; Michael Jon Khandelwal; Sophie Ann Salley |
| REPUBLICAN PARTY | McCain/Palin | Janet A. Jackson; David E. Nygaard; Arthur Lee Talley, Jr.; Wayne Junius Ozmore, Jr.; George A. Sterling; Richard Allen Claybrook, Jr.; Linwood M. Cobb III; R. Christian Hoff; Sydney Strother Smith III; Barbara "Bobbie" Greene Kilberg; William Wickham Hanks; Thomas E. Foley; James K. "Jay" O'Brien, Jr. |
| INDEPENDENT GREEN PARTY | Baldwin/Castle | Craig E. Ennis; D. C. Amarasinghe; William K. Grogan; Albert P. Burckard, Jr.; Sherman D. Witcher; Joseph L. LeBlanc; Brian Taylor; Glenda Gail Parker; George R. Wood; Harlan Fred Wahlert; David William Gillis, Jr.; Carey C. Campbell; Mario T. Palmiotto |
| LIBERTARIAN PARTY | Barr/Root | K. M. Offerman; Henry T. Thrasher; Sanford J. Pankin; Richard A. Miller; Lindsey M. Burke; Elizabeth Blanton Bowles; George Nicholas Marchenko; Donald Edward Ferguson; James W. Lark III; Wilbur N. Wood III; Scott T. Wakeman; Leonard T. Harris; L. Marc Montoni |
| GREEN PARTY | McKinney/Clemente | Christopher E. Fink; Edmund Everett Dowe II; Rain Burroughs; Richard A. Miller; Jana Lee Cutlip; Daniel A. Metraux; John B. Gallini; Kirit Mookerjee; Clifford Barry Anderson; Mary Theresa Schmidt Taylor; Paul S. Hughes; James R. Lowenstein; Tamar B. Yager |
| INDEPENDENT | Nader/Gonzalez | Ashley Elizabeth Slaff; Adrienne Nicole Cottle; Nicholas William Johnson; Erick W. Brucker; Jeffrey C. Mitchell; Raymond W. Fary; Michael Lee Ogilvie; Henry A. Perretta; Matthew Lee Alley; Daniel J. Christiakos; Michael Joseph Smith; Dena May Cottle; Rickey Ray Johnson |

| COUNTIES | DEMOCRATIC PARTY Obama/Biden | REPUBLICAN PARTY McCain/Palin | INDEPENDENT GREEN PARTY Baldwin/Castle | LIBERTARIAN PARTY Barr/Root | GREEN PARTY McKinney/Clemente | INDEPENDENT Nader/Gonzalez | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| Caroline | 7,163 | 5,617 | 20 | 40 | 15 | 46 | 18 |
| Carroll | 4,109 | 8,187 | 57 | 46 | 34 | 116 | 30 |
| Charles City | 2,838 | 1,288 | 6 | 7 | 3 | 7 | 4 |
| Charlotte | 2,705 | 3,372 | 19 | 22 | 7 | 20 | 12 |
| Chesterfield | 74,310 | 86,413 | 221 | 405 | 47 | 437 | 255 |
| Clarke | 3,457 | 3,840 | 31 | 34 | 8 | 43 | 18 |
| Craig | 877 | 1,695 | 8 | 16 | 5 | 18 | 2 |
| Culpeper | 8,802 | 10,711 | 58 | 51 | 19 | 70 | 30 |
| Cumberland | 2,255 | 2,418 | 16 | 14 | 5 | 12 | 4 |
| Dickenson | 3,278 | 3,324 | 32 | 25 | 14 | 46 | 34 |
| Dinwiddie | 6,246 | 6,526 | 44 | 28 | 16 | 27 | 5 |
| Essex | 2,934 | 2,379 | 9 | 14 | 6 | 17 | 5 |
| Fairfax | 310,359 | 200,994 | 682 | 1,482 | 274 | 1,457 | 1,006 |
| **Fauquier** | 14,616 | 19,228 | 62 | 98 | 21 | 106 | 89 |
| Floyd | 2,937 | 4,441 | 34 | 31 | 10 | 50 | 13 |
| Fluvanna | 6,185 | 6,420 | 15 | 55 | 7 | 37 | 16 |
| Franklin | 9,618 | 15,414 | 83 | 100 | 21 | 120 | 45 |

| COUNTIES | DEMOCRATIC PARTY Obama/Biden<br><br>Christia V. Rey<br>Sandra W. Brandt<br>Betty L. Squire<br>Susan Johnston Rowland<br>Marc L. Finney<br>Dorothy S. Blackwell<br>James Harold Allen Boyd<br>Marian A. Van Landingham<br>Robert Edgar Childress, Jr.<br>Rolland D. Winter<br>Janet A. Carver<br>Michael Jon Khandelwal<br>Sophie Ann Salley | REPUBLICAN PARTY McCain/Palin<br><br>Janet A. Jackson<br>David E. Nygaard<br>Arthur Lee Talley, Jr.<br>Wayne Junius Ozmore, Jr.<br>George A. Sterling<br>Richard Allen Claybrook, Jr.<br>Linwood M. Cobb III<br>R. Christian Holt<br>Sydney Strother Smith III<br>Barbara "Bobbie" Greene Kilberg<br>William Wickham Hanks<br>Thomas E. Foley<br>James K. "Jay" O'Brien, Jr. | INDEPENDENT GREEN PARTY Baldwin/Castle<br><br>Craig E. Ennis<br>D. C. Amarasinghe<br>William K. Grogan<br>Albert P. Burckard, Jr.<br>Sherman D. Witcher<br>Joseph I. LeBlanc<br>Brian Taylor<br>Glenda Gail Parker<br>George R. Wood<br>Harlan Fred Wahlert<br>David William Gillis, Jr.<br>Carey C. Campbell<br>Mario T. Palmiotto | LIBERTARIAN PARTY Barr/Root<br><br>K. M. Offerman<br>Henry T. Thrasher<br>Sanford J. Pankin<br>William Donald Tabor, Jr.<br>Lindsey M. Burke<br>Elizabeth Barton Bowles<br>George Nicholas Marchenko<br>Donald Edward Ferguson<br>James W. Lark III<br>Wilbur N. Wood III<br>Scott T. Wakeman<br>Leonard T. Harris<br>L. Marc Montoni | GREEN PARTY McKinney/Clemente<br><br>Christopher E. Fink<br>Edmund Everett Dowe II<br>Rain Burroughs<br>Richard A. Miller<br>Jana Lee Cutlip<br>Daniel A. Metraux<br>John B. Gallini<br>Kirit Mookerjee<br>Clifford Barry Anderson<br>Mary Theresa Schmidt Taylor<br>Paul S. Hughes<br>James R. Lowenstern<br>Tamar B. Yager | INDEPENDENT Nader/Gonzalez<br><br>Ashley Elizabeth Staff<br>Adrienne Nicole Cottle<br>Nicholas William Johnson<br>Erick W. Brucker<br>Jeffrey C. Mitchel<br>Raymond W. Fary<br>Michael Lee Ogilvie<br>Henry A. Perretta<br>Matthew Lee Alley<br>Daniel J. Christakos<br>Michael Joseph Smith<br>Dena May Cottle<br>Rickey Ray Johnson | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| **Frederick** | 12,962 | 20,149 | 107 | 104 | 46 | 185 | 60 |
| Giles | 3,192 | 4,462 | 35 | 35 | 9 | 49 | 13 |
| **Gloucester** | 6,917 | 12,090 | 39 | 74 | 7 | 70 | 27 |
| Goochland | 4,813 | 7,643 | 22 | 32 | 11 | 28 | 13 |
| Grayson | 2,480 | 4,540 | 33 | 25 | 25 | 94 | 23 |
| Greene | 3,174 | 4,980 | 22 | 22 | 5 | 41 | 16 |
| Greensville | 3,122 | 1,729 | 14 | 9 | 0 | 11 | 2 |
| Halifax | 8,126 | 8,600 | 33 | 35 | 12 | 32 | 12 |
| Hanover | 18,447 | 37,344 | 70 | 146 | 16 | 137 | 88 |
| Henrico | 86,323 | 67,381 | 211 | 427 | 79 | 367 | 178 |
| Henry | 11,118 | 13,758 | 77 | 74 | 27 | 128 | 33 |
| Highland | 590 | 930 | 16 | 7 | 0 | 10 | 1 |
| Isle of Wight | 8,573 | 11,258 | 40 | 50 | 2 | 48 | 26 |
| **James City** | 17,353 | 20,912 | 51 | 123 | 18 | 92 | 55 |
| King and Queen | 1,918 | 1,763 | 3 | 7 | 1 | 9 | 4 |
| King George | 4,473 | 5,888 | 33 | 26 | 6 | 30 | 18 |
| King William | 3,344 | 4,966 | 12 | 23 | 3 | 23 | 17 |

## Presidential Electors by Party

**DEMOCRATIC PARTY — Obama/Biden**
Christia V. Ray; Sandra W. Brandt; Betty L. Squire; Susan Johnston Rowland; Marc L. Finney; Dorothy S. Blackwell; James Harold Allen Boyd; Marian A. Van Landingham; Robert Edgar Childress, Jr.; Rolland D. Winter; Janet A. Carver; Michael Jon Khandelwal; Sophie Ann Salley

**REPUBLICAN PARTY — McCain/Palin**
Janet A. Jackson; David E. Nygaard; Arthur Lee Talley, Jr.; William K. Grogan; Wayne Junius Ozmore, Jr.; George A. Sterling; Richard Allen Claybrook, Jr.; Linwood M. Cobb III; R. Christian Hoff; Sydney Strother Smith III; Barbara "Bobbie" Greene Kilberg; William Wickham Hanks; Thomas E. Foley; James K. "Jay" O'Brien, Jr.

**INDEPENDENT GREEN PARTY — Baldwin/Castle**
Craig E. Ennis; D. C. Amarasinghe; William K. Grogan; Albert P. Burckard, Jr.; Sherman D. Witcher; Joseph L. LeBlanc; Brian Taylor; Glenda Gail Parker; George R. Wood; Harlan Fred Wahlert; Scott T. Wakeman; David William Gillis, Jr.; Carey C. Campbell; Mario T. Palmiotto

**LIBERTARIAN PARTY — Barr/Root**
K. M. Offerman; Henry T. Thrasher; Sanford J. Pankin; Richard A. Miller; William Donald Tabor, Jr.; Lindsey M. Burke; Elizabeth Blanton Bowles; George Nicholas Marchenko; Donald Edward Ferguson; James W. Lark III; Wilbur N. Wood III; Mary Theresa Schmidt Taylor; Paul S. Hughes; James R. Lowenstein; Leonard T. Harris; L. Marc Montoni

**GREEN PARTY — McKinney/Clemente**
Christopher E. Fink; Edmund Everett Dowe II; Rain Burroughs; Jana Lee Cutlip; Daniel A. Metraux; John B. Gallini; Kiril Mockerjee; Clifford Barry Anderson; Daniel J. Christakos; Michael Joseph Smith; Dana May Cottle; Rickey Ray Johnson

**INDEPENDENT — Nader/Gonzalez**
Ashley Elizabeth Slaff; Adrienne Nicole Cottle; Nicholas William Johnson; Erick W. Brucker; Jeffrey C. Mitchell; Raymond W. Fary; Michael Lee Ogilvie; Henry A. Perretta; Matthew Lee Alley

| COUNTIES | DEMOCRATIC PARTY Obama/Biden | REPUBLICAN PARTY McCain/Palin | INDEPENDENT GREEN PARTY Baldwin/Castle | LIBERTARIAN PARTY Barr/Root | GREEN PARTY McKinney/Clemente | INDEPENDENT Nader/Gonzalez | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| Lancaster | 3,235 | 3,647 | 13 | 15 | 4 | 17 | 7 |
| Lee | 3,219 | 5,825 | 49 | 27 | 16 | 72 | 19 |
| Loudoun | 74,845 | 63,336 | 187 | 383 | 56 | 338 | 314 |
| Louisa | 6,978 | 8,182 | 38 | 50 | 17 | 56 | 32 |
| Lunenburg | 2,703 | 2,900 | 8 | 17 | 3 | 15 | 4 |
| Madison | 2,862 | 3,758 | 21 | 20 | 5 | 31 | 2 |
| Mathews | 1,934 | 3,456 | 17 | 14 | 6 | 9 | 4 |
| Mecklenburg | 7,127 | 7,817 | 41 | 39 | 15 | 39 | 4 |
| Middlesex | 2,391 | 3,545 | 13 | 27 | 3 | 20 | 7 |
| Montgomery | 21,031 | 19,028 | 102 | 215 | 36 | 148 | 93 |
| Nelson | 4,391 | 3,647 | 15 | 23 | 6 | 32 | 19 |
| New Kent | 3,493 | 6,385 | 19 | 28 | 16 | 36 | 14 |
| Northampton | 3,800 | 2,713 | 16 | 22 | 4 | 21 | 10 |
| Northumberland | 3,312 | 4,041 | 6 | 15 | 1 | 19 | 12 |
| Nottoway | 3,413 | 3,499 | 19 | 25 | 4 | 25 | 3 |
| Orange | 7,107 | 8,506 | 41 | 47 | 10 | 68 | 22 |
| **Page** | 4,235 | 6,043 | 25 | 14 | 3 | 54 | 17 |

**INDEPENDENT**
*Nader/Gonzalez*

Ashley Elizabeth Slaff
Adrienne Nicole Cottle
Nicholas William Johnson
Erick W. Brucker
Jeffrey C. Mitchell
Raymond W. Fary
Michael Lee Ogilvie
Henry A. Perratta
Matthew Lee Alley
Daniel J. Christakos
Michael Joseph Smith
Dena May Cottle
Rickey Rey Johnson

**GREEN PARTY**
*McKinney/Clemente*

Christopher E. Fink
Edmund Everett Dowe II
Rain Burroughs
Richard A. Miller
Jana Lee Cutlip
Daniel A. Metraux
John B. Gallini
Kirit Mookerjee
Clifford Barry Anderson
Mary Theresa Schmidt Taylor
Paul S. Hughes
James R. Lowenstern
Tamar B. Yager

**LIBERTARIAN PARTY**
*Barr/Root*

K. M. Offerman
Henry T. Thrasher
Sanford J. Pankin
William Donald Tabor, Jr.
Lindsey M. Burke
Elizabeth Blanton Bowles
George Nicholas Marchenko
Donald Edward Ferguson
James W. Lark III
Wilbur N. Wood III
Scott T. Wakeman
Leonard T. Harris
L. Marc Montoni

**INDEPENDENT GREEN PARTY**
*Baldwin/Castle*

Craig E. Ennis
D. C. Amarasinghe
William K. Grogan
Albert P. Burckard, Jr.
Sherman D. Witcher
Joseph L. LeBlanc
Brian Taylor
Glenda Gail Parker
George R. Wood
Harlan Fred Wahler
David William Gillis, Jr.
Carey C. Campbell
Mario T. Palmiotto

**REPUBLICAN PARTY**
*McCain/Palin*

Janet A. Jackson
David E. Nygaard
Arthur Lee Talley, Jr.
Wayne Junius Ozmore, Jr.
George A. Sterling
Richard Allen Claybrook, Jr.
Linwood M. Cobb III
R. Christian Hoff
Sydney Strother Smith III
Barbara "Bobbie" Greene Kilberg
William Wickham Hanks
Thomas E. Foley
James K. "Jay" O'Brien, Jr.

**DEMOCRATIC PARTY**
*Obama/Biden*

Christia V. Rey
Sandra W. Brandt
Betty L. Squire
Susan Johnston Rowland
Marc L. Finney
Dorothy S. Blackwell
James Harold Allen Boyd
Marian A. Van Landingham
Robert Edgar Childress, Jr.
Rolland D. Winter
Janet A. Carver
Michael Jon Khandelwal
Sophie Ann Salley

| COUNTIES | DEMOCRATIC PARTY Obama/Biden | REPUBLICAN PARTY McCain/Palin | INDEPENDENT GREEN PARTY Baldwin/Castle | LIBERTARIAN PARTY Barr/Root | GREEN PARTY McKinney/Clemente | INDEPENDENT Nader/Gonzalez | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| Patrick | 2,879 | 5,491 | 34 | 39 | 9 | 66 | 13 |
| Pittsylvania | 11,415 | 18,730 | 62 | 76 | 25 | 96 | 29 |
| Powhatan | 4,237 | 10,088 | 23 | 37 | 14 | 36 | 21 |
| Prince Edward | 5,101 | 4,174 | 26 | 38 | 10 | 33 | 6 |
| Prince George | 7,130 | 8,752 | 27 | 23 | 11 | 47 | 16 |
| Prince William | 93,438 | 67,622 | 291 | 362 | 73 | 422 | 242 |
| Pulaski | 5,918 | 8,857 | 52 | 69 | 29 | 102 | 23 |
| Rappahannock | 2,105 | 2,227 | 13 | 13 | 4 | 32 | 11 |
| Richmond | 1,618 | 2,092 | 13 | 5 | 4 | 11 | 2 |
| Roanoke | 19,812 | 30,572 | 133 | 166 | 41 | 167 | 85 |
| Rockbridge | 4,347 | 5,732 | 25 | 32 | 11 | 26 | 22 |
| Rockingham | 10,453 | 22,468 | 64 | 110 | 27 | 147 | 65 |
| Russell | 4,932 | 6,389 | 35 | 22 | 7 | 82 | 27 |
| Scott | 2,725 | 6,980 | 52 | 33 | 9 | 48 | 28 |
| Shenandoah | 6,912 | 12,005 | 63 | 79 | 20 | 89 | 55 |
| Smyth | 4,239 | 7,817 | 72 | 38 | 15 | 84 | 37 |
| Southampton | 4,402 | 4,583 | 31 | 17 | 5 | 23 | 6 |

**DEMOCRATIC PARTY — Obama/Biden (electors):** Christia V. Rey; Sandra W. Brandt; Betty L. Squire; Susan Johnston Rowland; Marc L. Finney; Dorothy S. Blackwell; James Harold Allen Boyd; Marian A. Van Landingham; Robert Edgar Childress, Jr.; Rolland D. Winter; Janet A. Carver; Michael Jon Khandelwal; Sophie Ann Salley

**REPUBLICAN PARTY — McCain/Palin (electors):** Janet A. Jackson; David E. Nygaard; Arthur Lee Talley, Jr.; Wayne Junius Ozmore, Jr.; George A. Stering; Richard Allen Claybrook, Jr.; Linwood M. Cobb III; R. Christian Hoff; Sydney Strother Smith III; Barbara "Bobbie" Greene Kilberg; William Wickham Hanks; Thomas E. Foley; James K. "Jay" O'Brien, Jr.

**INDEPENDENT GREEN PARTY — Baldwin/Castle (electors):** Craig E. Ennis; D. C. Amarasinghe; William K. Grogan; Sanford J. Pankin; Albert P. Burckard, Jr.; Sherman D. Witcher; Joseph L. LeBlanc; Glenda Gail Parker; Brian Taylor; George R. Wood; Harlan Fred Wahlert; David William Gillis, Jr.; Carey C. Campbell; Mario T. Palmiotto

**LIBERTARIAN PARTY — Barr/Root (electors):** K. M. Offerman; Henry T. Thrasher; Sanford J. Pankin; Richard A. Miller; Lindsey M. Burke; Elizabeth Blanton Bowles; George Nicholas Marchenko; Donald Edward Ferguson; James W. Lark III; Wilbur N. Wood III; Scott T. Wakeman; Leonard T. Harris; L. Marc Montoni

**GREEN PARTY — McKinney/Clemente (electors):** Christopher E. Fink; Edmund Everett Dowe II; Rain Burroughs; Richard A. Miller; Jana Lee Cullip; Daniel A. Melraux; John B. Gallini; Kirit Mookerjee; Clifford Barry Anderson; Mary Theresa Schmidt Taylor; Paul S. Hughes; James R. Lowenstein; Tamar B. Yager

**INDEPENDENT — Nader/Gonzalez (electors):** Ashley Elizabeth Slaff; Adrienne Nicole Cottle; Nicklas William Johnson; Erick W. Brucker; Jeffrey C. Mitchell; Raymond W. Fary; Michael Lee Ogilvie; Henry A. Perretta; Matthew Lee Alley; Daniel J. Christakos; Michael Joseph Smith; Dena May Cottle; Rickey Ray Johnson

| COUNTIES | DEMOCRATIC PARTY Obama/Biden | REPUBLICAN PARTY McCain/Palin | INDEPENDENT GREEN PARTY Baldwin/Castle | LIBERTARIAN PARTY Barr/Root | GREEN PARTY McKinney/Clemente | INDEPENDENT Nader/Gonzalez | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| Spotsylvania | 24,901 | 28,615 | 118 | 121 | 36 | 206 | 82 |
| Stafford | 25,716 | 29,221 | 85 | 137 | 19 | 160 | 117 |
| Surry | 2,626 | 1,663 | 14 | 8 | 6 | 8 | 0 |
| Sussex | 3,301 | 2,026 | 13 | 6 | 6 | 9 | 2 |
| Tazewell | 5,596 | 11,201 | 72 | 32 | 20 | 92 | 48 |
| Warren | 6,997 | 8,879 | 86 | 50 | 13 | 64 | 37 |
| Washington | 8,063 | 16,077 | 96 | 84 | 20 | 112 | 48 |
| Westmoreland | 4,577 | 3,719 | 22 | 16 | 7 | 29 | 7 |
| Wise | 4,995 | 8,914 | 54 | 28 | 11 | 95 | 41 |
| Wythe | 4,107 | 8,207 | 42 | 7 | 7 | 70 | 28 |
| York | 13,700 | 19,833 | 65 | 124 | 14 | 111 | 50 |
| **Total Counties** | **1,292,160** | **1,299,946** | **5,326** | **7,777** | **1,718** | **8,594** | **4,544** |

Column header elector lists:

**DEMOCRATIC PARTY — Obama/Biden:** Christia V. Ray, Sandra W. Brandt, Betty L. Squire, Susan Johnson Rowland, Marc L. Finney, Dorothy S. Blackwell, James Harold Allen Boyd, Marian A. Van Landingham, Robert Edward Childress, Jr., Rolland D. Winter, Janet A. Carver, Michael Jon Khandelwal, Sophie Ann Salley

**REPUBLICAN PARTY — McCain/Palin:** Janet A. Jackson, David E. Nygaard, Arthur Lee Tilaley, Jr., Wayne Junius Ozmore, Jr., George A. Sterling, Richard Allen Claybrook, Jr., Linwood M. Cobb III, R. Christian Marsh, Sydney Strother Smith III, Barbara "Bobbie" Greene Kilberg, William Wickham Hanks, Thomas E. Foley, James K. "Jay" O'Brien, Jr.

**INDEPENDENT GREEN PARTY — Baldwin/Castle:** Craig E. Ennis, D. C. Amarasinghe, William K. Grogan, Albert P. Burckhard, Jr., Sherman D. Witcher, Joseph L. LeBlanc, Brian Taylor, Glenda Gail Parker, George R. Wood, Harlan Fred Wahlert, David William Gillis, Jr., Carey C. Campbell, Mario T. Palmiotto

**LIBERTARIAN PARTY — Barr/Root:** K. M. Offerman, Henry T. Thrasher, Sanford J. Pankin, William Donald Tabor, Jr., Lindsey M. Burke, Elizabeth Blanton Bowles, George Nicholas Marchenko, Donald Edward Ferguson, James W. Lark III, Wilburn N. Wood III, Scott T. Wakeman, Leonard T. Harris, L. Marc Montoni

**GREEN PARTY — McKinney/Clemente:** Christopher E. Fink, Edmund Everett Dowe II, Rain Burroughs, Richard A. Miller, Jana Lee Cutlip, Daniel A. Metraux, John B. Gallini, Kirit Mookerjee, Clifford Barry Anderson, Mary Theresa Scmidt Taylor, Paul S. Hughes, James R. Lowenstern, Tamar B. Yager

**INDEPENDENT — Nader/Gonzalez:** Ashley Elizabeth Slaff, Adrienne Nicole Cottle, Nicholas William Johnson, Eric W. Buckner, Jeffrey C. Mitchell, Raymond W. Fary, Michael Lee Ogilvie, Henry A. Peretta, Matthew Lee Alley, Diniel J. Christakos, Michael Joseph Smith, Dena May Cottle, Rickey Ray Johnson

| CITIES | DEMOCRATIC PARTY Obama/Biden | REPUBLICAN PARTY McCain/Palin | INDEPENDENT GREEN PARTY Baldwin/Castle | LIBERTARIAN PARTY Barr/Root | GREEN PARTY McKinney/Clemente | INDEPENDENT Nader/Gonzalez | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| Alexandria | 50,473 | 19,181 | 81 | 218 | 40 | 187 | 184 |
| Bedford | 1,208 | 1,497 | 3 | 7 | 3 | 14 | 2 |
| Bristol | 2,665 | 4,579 | 29 | 17 | 4 | 39 | 26 |
| Buena Vista | 1,108 | 1,282 | 12 | 8 | 1 | 6 | 6 |
| Charlottesville | 15,705 | 4,078 | 26 | 86 | 17 | 61 | 71 |
| Chesapeake | 53,994 | 52,625 | 252 | 275 | 41 | 191 | 143 |
| Colonial Heights | 2,562 | 6,163 | 29 | 35 | 7 | 33 | 22 |
| Covington | 1,304 | 1,020 | 6 | 5 | 0 | 14 | 5 |
| Danville | 12,352 | 8,361 | 37 | 47 | 15 | 59 | 19 |
| Emporia | 1,702 | 897 | 3 | 7 | 2 | 5 | 1 |
| Fairfax | 6,575 | 4,691 | 22 | 48 | 4 | 33 | 25 |
| Falls Church | 4,695 | 1,970 | 9 | 31 | 4 | 27 | 14 |
| Franklin | 2,819 | 1,576 | 11 | 8 | 4 | 8 | 1 |
| Fredericksburg | 6,155 | 3,413 | 10 | 27 | 9 | 34 | 29 |
| Galax | 1,052 | 1,317 | 5 | 14 | 3 | 9 | 2 |

## CITIES

**Electors by party:**

DEMOCRATIC PARTY — Obama/Biden: Christia V. Ray, Sandra W. Brandt, Betty L. Squire, Susan Johnson Rowland, Marc L. Finney, Dorothy S. Blackwell, James Harold Allen Boyd, Marian A. Van Landingham, Robert Edward Childress, Jr., Rolland D. Winter, Janet A. Carver, Michael Jon Khandelwal, Sophie Ann Salley

REPUBLICAN PARTY — McCain/Palin: Janet A. Jackson, David E. Nygaard, Arthur Lee Tilley, Jr., Wayne Junius Ozmore, Jr., George A. Sterling, Richard Allen Claybrook, Jr., Linwood M. Cobb III, R. Christian Hoff, Sydney Strother Smith III, Barbara "Bobbie" Greene Kilberg, William Wickahm Hanks, Thomas E. Foley, James K. "Jay" O'Brien, Jr.

INDEPENDENT GREEN PARTY — Baldwin/Castle: Craig E. Ennis, D. C. Amarasinghe, William K. Grogan, Albert P. Burckhardt, Jr., Sherman D. Witcher, Joseph L. LeBlanc, Brian Taylor, Glenda Gail Parker, George R. Wood, James W. Lark III, Harlan Fred Wahlert, David William Gillis, Jr., Carey C. Campbell, Mario T. Palmiotto

LIBERTARIAN PARTY — Barr/Root: K. M. Offerman, Henry T. Thrasher, Sanford J. Pankin, Richard A. Miller, Lindsey M. Burke, Elizabeth Blanton Bowles, George Nicholas Marchenko, John B. Gallini, Wilbur N. Wood III, Scott T. Wakeman, Leonard T. Harris, L. Marc Montoni

GREEN PARTY — McKinney/Clemente: Christopher E. Fink, Edmund Everett Dowe II, Rain Burroughts, Jana Lee Cutlip, Daniel A. Metraux, Kiril Mookerjee, Clifford Barry Anderson, Mary Theresa Scmidt Taylor, Paul S. Hughes, James H. Lowenstern, Tamar B. Yager

INDEPENDENT — Nader/Gonzalez: Ashley Elizabeth Slaff, Adrienne Nicole Cottle, Nicholas William Johnson, Elric W. Buckner, Jeffrey C. Mitchell, Raymond W. Fary, Michael Lee Ogilvie, Henry A. Perretta, Matthew Lee Alley, Diniel J. Christakos, Michael Joseph Smith, Dana May Cottle, Rickey Ray Johnson

| CITIES | DEMOCRATIC PARTY Obama/Biden | REPUBLICAN PARTY McCain/Palin | INDEPENDENT GREEN PARTY Baldwin/Castle | LIBERTARIAN PARTY Barr/Root | GREEN PARTY McKinney/Clemente | INDEPENDENT Nader/Gonzalez | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| Hampton | 46,917 | 20,476 | 112 | 152 | 27 | 160 | 99 |
| Harrisonburg | 8,444 | 6,048 | 24 | 68 | 9 | 49 | 33 |
| Hopewell | 5,285 | 4,149 | 17 | 21 | 4 | 37 | 11 |
| Lexington | 1,543 | 914 | 2 | 11 | 0 | 4 | 5 |
| Lynchburg | 16,269 | 17,638 | 157 | 146 | 8 | 78 | 45 |
| Manassas | 7,518 | 5,975 | 32 | 41 | 10 | 30 | 21 |
| Manassas Park | 2,463 | 1,634 | 13 | 10 | 1 | 13 | 6 |
| Martinsville | 4,139 | 2,311 | 26 | 13 | 3 | 21 | 7 |
| **Newport News** | 51,972 | 28,668 | 137 | 171 | 44 | 187 | 117 |
| Norfolk | 62,819 | 24,814 | 147 | 271 | 45 | 209 | 141 |
| Norton | 743 | 744 | 2 | 1 | 1 | 16 | 5 |
| Petersburg | 13,774 | 1,583 | 39 | 28 | 35 | 68 | 13 |
| Poquoson | 1,748 | 5,229 | 10 | 32 | 5 | 27 | 14 |
| Portsmouth | 32,327 | 13,984 | 68 | 113 | 12 | 90 | 71 |
| Radford | 2,930 | 2,418 | 21 | 22 | 5 | 29 | 4 |
| Richmond | 73,623 | 18,649 | 107 | 296 | 74 | 223 | 113 |
| Roanoke | 24,934 | 15,394 | 91 | 135 | 21 | 138 | 59 |

DEMOCRATIC PARTY — Obama/Biden
- Christia V. Ray
- Sandra W. Brandt
- Betty L. Squire
- Susan Johnson Rowland
- Marc L. Finey
- Dorothy S. Blackwell
- James Harold Allen Boyd
- Marian A. Van Landingham
- Robert Edward Childress, Jr.
- Rolland D. Winter
- Janet A. Carver
- Michael Jon Khandelwal
- Sophia Ann Salley

REPUBLICAN PARTY — McCain/Palin
- Janet A. Jackson
- David E. Nygaard
- Arthur Lee Tilley, Jr.
- Wayne Junius Ozmore, Jr.
- George A. Sterling
- Richard Allen Claybrook, Jr.
- Linwood M. Cobb III
- R. Christian Hoff
- Sydney Strother Smith III
- Barbara "Bobbie" Greene Kilberg
- William Wickham Hanks
- Thomas E. Foley
- James K. "Jay" O'Brien, Jr.

INDEPENDENT GREEN PARTY — Baldwin/Castle
- Craig E. Ennis
- D. C. Amarasinghe
- William K. Grogan
- Albert P. Burckhard, Jr.
- Sherman D. Witcher
- Joseph L. LeBlanc
- Brian Taylor
- Glenda Gail Parker
- George R. Wood
- Harlan Fred Wahlert
- David William Gillis, Jr.
- Carey C. Campbell
- Mario T. Palmiotto

LIBERTARIAN PARTY — Barr/Root
- K. M. Offerman
- Henry T. Thrasher
- Sanford J. Pankin
- William Donald Tabor, Jr.
- Lindsey M. Burke
- Elizabeth Blanton Bowles
- George Nicholas Marchenko
- Donald Edward Ferguson
- James W. Lark III
- Wilburg N. Wood III
- Scott T. Wakeman
- Leonard T. Harris
- L. Marc Montoni

GREEN PARTY — McKinney/Clemente
- Christopher E. Fink
- Edmund Everett Dowe II
- Rain Burroughs
- Richard A. Miller
- Jana Lee Cullip
- Daniel A. Metraux
- John B. Gallini
- Kirt Mookerjee
- Clifford Barry Anderson
- Mary Theresa Scmidt Taylor
- Paul S. Hughes
- James R. Lowenstern
- Tamar B. Yager

INDEPENDENT — Nader/Gonzalez
- Ashley Elizabeth Slaff
- Adrienne Nicole Cottle
- Nicholas William Johnson'
- Eric W. Buckner
- Jeffrey C. Mitchell
- Raymond W. Fary
- Michael Lee Ogilvie
- Henry A. Perretta
- Matthew Lee Alley
- Diniel J. Christakos
- Michael Joseph Smith
- Dena May Cottle
- Rickey Ray Johnson

| CITIES | DEMOCRATIC PARTY Obama/Biden | REPUBLICAN PARTY McCain/Palin | INDEPENDENT GREEN PARTY Baldwin/Castle | LIBERTARIAN PARTY Barr/Root | GREEN PARTY McKinney/Clemente | INDEPENDENT Nader/Gonzalez | WRITE-IN VOTES |
|---|---|---|---|---|---|---|---|
| Salem | 5,164 | 7,088 | 39 | 48 | 9 | 35 | 23 |
| Staunton | 5,569 | 5,330 | 24 | 31 | 4 | 39 | 18 |
| Suffolk | 22,446 | 17,165 | 71 | 105 | 19 | 57 | 45 |
| Virginia Beach | 98,923 | 100,358 | 394 | 636 | 114 | 542 | 361 |
| Waynesboro | 3,906 | 4,815 | 36 | 44 | 5 | 41 | 13 |
| Williamsburg | 4,328 | 2,353 | 14 | 41 | 4 | 22 | 25 |
| Winchester | 5,268 | 4,725 | 30 | 22 | 13 | 54 | 14 |
| Total Cities | 667,421 | 425,112 | 2,148 | 3,291 | 626 | 2,889 | 1,813 |
| Total Counties | 1,292,160 | 1,299,946 | 5,326 | 7,777 | 1,718 | 8,594 | 4,544 |
| Total Votes Cast | 1,959,581 | 1,725,058 | 7,474 | 11,068 | 2,344 | 11,483 | 6,357 |
| Aggregate | | | | 3,723,365 | | | |

As a result of the US v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein. The Electors of the Democratic Party retained the majority of the votes cast at the November 4, 2008 election as certified below.

We, the undersigned members of the State Board of Elections, do hereby certify that the following statement is true and correct. We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the counties and cities of the Commonwealth at the General Election held on November 4, 2008 for **Electors of President and Vice President** from Virginia, and having made a statement of the whole number of votes so given, we ascertained and determined that:

| | | |
|---|---|---|
| Christia V. Rey | Marc L. Finney | Robert Edgar Childress, Jr. |
| Sandra W. Brandt | Dorothy S. Blackwell | Rolland D. Winter |
| Betty L. Squire | James Harold Allen Boyd | Janet A. Carver |
| Susan Johnston Rowland | Marian A. Van Landingham | Michael Jon Khandelwal |
| | | Sophie Ann Salley |

having received the greatest number of votes cast in said election were duly elected the Democratic Electors for President and Vice President for the Commonwealth of Virginia for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____ Chairman

_____ Vice Chairman

_____ Secretary

Statement of the votes cast in the counties and cities comprising the **1st Congressional District**, at the November 4, 2008 General Election for Member of the House of Representatives in the Congress of the United States. There were cast:

| | Bill S. DAY, Jr. (D) | Robert J. "Rob" WITTMAN (R) | Nathan D. LARSON (L) | Write-In Votes |
|---|---|---|---|---|
| Caroline (part) | 2,922 | 3,162 | 86 | 2 |
| Essex | 2,218 | 2,697 | 69 | 3 |
| Fauquier (part) | 6,546 | 10,094 | 254 | 26 |
| **Gloucester** | 5,793 | 12,275 | 281 | 24 |
| James City (part) | 14,449 | 22,075 | 530 | 84 |
| King & Queen | 1,597 | 1,750 | 43 | 2 |
| King George | 3,393 | 6,562 | 137 | 14 |
| King William | 2,996 | 4,853 | 88 | 17 |
| Lancaster | 2,507 | 4,164 | 47 | 8 |
| Mathews | 1,671 | 3,390 | 71 | 3 |
| Middlesex | 1,984 | 3,692 | 54 | 2 |
| Northumberland | 2,381 | 4,727 | 42 | 1 |
| **Prince William (part)** | 12,347 | 6,412 | 345 | 38 |
| Richmond County | 1,105 | 2,489 | 33 | 1 |
| **Spotsylvania (part)** | 18,210 | 24,437 | 540 | 57 |
| Stafford | 22,183 | 30,396 | 829 | 159 |
| Westmoreland | 2,925 | 4,737 | 82 | 3 |
| York | 11,299 | 20,931 | 436 | 81 |
| Fredericksburg | 5,199 | 3,801 | 143 | 25 |
| Hampton (part) | 8,776 | 5,523 | 225 | 57 |
| Newport News (part) | 14794 | 17,923 | 615 | 109 |
| Poquoson | 1,388 | 5,244 | 123 | 10 |
| Williamsburg | 3,752 | 2,510 | 193 | 30 |
| **TOTAL** | **150,435** | **203,844** | **5,266** | **756** |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the **1st Congressional District** at the General Election held on November 4, 2008, and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

### ROBERT J. WHITTMAN

having received the greatest number of votes cast in said election was duly elected a Member of the House of Representatives in the Congress of the United States for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____ , Chairman

_____ ,Vice Chairman

_____ , Secretary

Statement of the votes cast in the counties and cities comprising the 2nd **Congressional District**, at the November 4, 2008 General Election for Member of the House of Representatives in the Congress of the United States. There were cast:

|  | Glenn C. NYE III (D) | Thelma D. DRAKE (R) | Write-In Votes |
|---|---|---|---|
| Accomack | 7,753 | 7,463 | 9 |
| Northampton | 3,829 | 2,561 | 5 |
| Hampton (part) | 12,000 | 10,432 | 61 |
| Norfolk (part) | 19,481 | 14,701 | 62 |
| **Virginia Beach** | 98,822 | 93,367 | 234 |
| **TOTAL** | **141,885** | **128,524** | **371** |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the 2nd **Congressional District** at the General Election held on November 4, 2008, and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

**GLENN C. NYE III**

having received the greatest number of votes cast in said election was duly elected a Member of the House of Representatives in the Congress of the United States for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____, Chairman

_____, Vice Chairman

_____, Secretary

Statement of the votes cast in the counties and cities comprising the **4th Congressional District**, at the November 4, 2008 General Election for Member of the House of Representatives in the Congress of the United States. There were cast:

| | Andrea R. MILLER (D) | J. Randy FORBES (R) | Write-In Votes |
|---|---|---|---|
| Amelia | 2,144 | 4,073 | 4 |
| Brunswick (part) | 809 | 708 | 3 |
| Chesterfield (part) | 30,183 | 44,324 | 145 |
| Dinwiddie | 4,732 | 7,448 | 8 |
| Greensville | 2,476 | 2,076 | 1 |
| Isle of Wight (part) | 6,313 | 12,916 | 33 |
| Nottoway | 2,360 | 3,578 | 6 |
| Powhatan | 3,480 | 10,478 | 17 |
| Prince George (part) | 2,774 | 4,518 | 21 |
| Southampton | 3,341 | 5,290 | 4 |
| Sussex | 2,395 | 2,506 | 0 |
| Chesapeake | 38,820 | 63,357 | 109 |
| **Colonial Heights** | 1,799 | 6,500 | 10 |
| Emporia | 1,270 | 1,132 | 0 |
| Franklin City | 1,966 | 2,032 | 1 |
| Hopewell | 3,839 | 4,548 | 6 |
| Petersburg | 10,237 | 3,195 | 10 |
| Suffolk | 16,103 | 20,398 | 27 |
| **TOTAL** | **135,041** | **199,077** | **405** |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the **4th Congressional District** at the General Election held on November 4, 2008, and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

### J. RANDY FORBES

having received the greatest number of votes cast in said election was duly elected a Member of the House of Representatives in the Congress of the United States for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____, Chairman

_____, Vice Chairman

_____, Secretary

Statement of the votes cast in the counties and cities comprising the **5th Congressional District**, at the November 4, 2008 General Election for Member of the House of Representatives in the Congress of the United States.  There were cast:

| | Tom S. P. PERRIELLO (D) | Virgil H. GOODE, Jr. (R) | Write-In Votes |
|---|---|---|---|
| **Albemarle** | 31,828 | 18,407 | 45 |
| Appomattox | 2,758 | 4,809 | 2 |
| Bedford County (part) | 7,124 | 11,486 | 11 |
| Brunswick (part) | 3,720 | 2,248 | 2 |
| Buckingham | 3,446 | 3,424 | 1 |
| Campbell | 8,837 | 15,979 | 14 |
| Charlotte | 2,596 | 3,289 | 3 |
| Cumberland | 2,195 | 2,343 | 0 |
| Fluvanna | 6,564 | 5,982 | 10 |
| Franklin County | 9,475 | 15,652 | 11 |
| Greene | 3,733 | 4,373 | 4 |
| Halifax | 7,528 | 8,550 | 5 |
| Henry (part) | 6,846 | 9,093 | 3 |
| Lunenburg | 2,737 | 2,786 | 1 |
| Mecklenburg | 6,454 | 8,015 | 2 |
| Nelson | 4,562 | 3,540 | 2 |
| Pittsylvania | 11,025 | 18,182 | 8 |
| Prince Edward | 4,697 | 4,019 | 11 |
| Bedford City | 1,316 | 1,332 | 1 |
| Charlottesville | 15,909 | 3,733 | 39 |
| Danville | 11,487 | 8,322 | 6 |
| Martinsville | 3,974 | 2,519 | 2 |
| **TOTAL** | **158,811** | **158,083** | **183** |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted.  Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections.  The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the **5th Congressional District** at the General Election held on November 4, 2008, and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

### THOMAS S. P. PERRIELLO

having received the greatest number of votes cast in said election was duly elected a Member of the House of Representatives in the Congress of the United States for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____, Chairman

_____, Vice Chairman

_____, Secretary

Statement of the votes cast in the counties and cities comprising the **6th Congressional District**, at the November 4, 2008 General Election for Member of the House of Representatives in the Congress of the United States. There were cast:

| | S. "Sam" RASOUL (D) | R. W. "Bob" GOODLATTE (R) | Janice Lee ALLEN (I) | Write-In Votes |
|---|---|---|---|---|
| Alleghany (part) | 714 | 1,579 | 44 | 0 |
| Amherst | 5,050 | 8,713 | 258 | 10 |
| Augusta | 8,194 | 23,251 | 558 | 12 |
| Bath | 675 | 1,622 | 43 | 1 |
| Bedford County (part) | 3,730 | 12,382 | 200 | 15 |
| Botetourt | 5,230 | 11,646 | 259 | 14 |
| Highland | 379 | 1,083 | 37 | 0 |
| **Roanoke County (part)** | 14,127 | 26,544 | 540 | 36 |
| Rockbridge | 3,504 | 6,145 | 169 | 6 |
| Rockingham | 8,856 | 23,210 | 768 | 11 |
| Shenandoah | 5,668 | 12,603 | 525 | 12 |
| Buena Vista | 855 | 1,441 | 42 | 1 |
| Covington (part) | 140 | 180 | 10 | 0 |
| Harrisonburg | 7,367 | 6,402 | 367 | 24 |
| Lexington | 1,314 | 997 | 54 | 5 |
| Lynchburg | 14,202 | 18,769 | 413 | 61 |
| Roanoke City | 21,675 | 17,520 | 656 | 31 |
| Salem | 4,357 | 7,575 | 168 | 10 |
| Staunton | 4,820 | 5,706 | 153 | 6 |
| Waynesboro | 3,510 | 4,983 | 149 | 7 |
| TOTAL | 114,367 | 192,351 | 5,413 | 262 |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the **6th Congressional District** at the General Election held on November 4, 2008, and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

### ROBERT W. GOODLATTE

having received the greatest number of votes cast in said election was duly elected a Member of the House of Representatives in the Congress of the United States for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____, Chairman

_____, Vice Chairman

_____, Secretary

Statement of the votes cast in the counties and city comprising the **7th Congressional District**, at the November 4, 2008 General Election for Member of the House of Representatives in the Congress of the United States. There were cast:

| | Anita HARTKE (D) | Eric I. CANTOR (R) | Write-In Votes |
|---|---|---|---|
| Caroline (part) | 3,289 | 2,893 | 2 |
| Chesterfield (part) | 29,868 | 52,061 | 198 |
| Culpeper | 7,074 | 11,265 | 17 |
| Goochland | 3,740 | 8,379 | 23 |
| Hanover | 14,190 | 40,276 | 109 |
| Henrico (part) | 43,465 | 68,587 | 211 |
| Louisa | 5,605 | 8,909 | 17 |
| Madison | 2,272 | 3,910 | 5 |
| Orange | 5,712 | 9,274 | 12 |
| Page | 3,496 | 6,374 | 11 |
| Rappahannock | 2,080 | 2,212 | 8 |
| Spotsylvania (part) | 3,426 | 5,667 | 16 |
| Richmond City (part) | 13,907 | 13,727 | 54 |
| **TOTAL** | **138,124** | **233,534** | **683** |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the 7th **Congressional District** at the General Election held on November 4, 2008, and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

### ERIC I. CANTOR

having received the greatest number of votes cast in said election was duly elected a Member of the House of Representatives in the Congress of the United States for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____, Chairman

_____, Vice Chairman

_____, Secretary

Statement of the votes cast in the counties and cities comprising the **10th Congressional District**, at the November 4, 2008 General Election for Member of the House of Representatives in the Congress of the United States. There were cast:

| | Judy M.<br>FEDER<br>(D) | Frank R.<br>WOLF<br>(R) | Neeraj C.<br>NIGAM<br>(I) | Write-In<br>Votes |
|---|---|---|---|---|
| Clarke | 2,404 | 4,778 | 115 | 6 |
| Fairfax County (part) | 52,855 | 66,825 | 2,993 | 179 |
| **Fauquier (part)** | 4,874 | 11,019 | 197 | 25 |
| **Frederick** | 9,167 | 23,307 | 539 | 31 |
| Loudoun | 52,659 | 80,040 | 3,542 | 191 |
| Prince William (part) | 9,590 | 12,322 | 409 | 41 |
| Warren | 5,402 | 10,157 | 181 | 23 |
| Manassas | 4,759 | 6,796 | 190 | 16 |
| Manassas Park | 1,890 | 1,980 | 101 | 1 |
| Winchester | 3,758 | 5,917 | 190 | 13 |
| **TOTAL** | **147,358** | **223,141** | **8,457** | **526** |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the 10th Congressional District at the General Election held on November 4, 2008, and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

### FRANK R. WOLF

having received the greatest number of votes cast in said election was duly elected a Member of the House of Representatives in the Congress of the United States for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____, Chairman

_____, Vice Chairman

_____, Secretary

Statement of the votes cast in the counties and city comprising the 11th **Congressional District**, at the November 4, 2008 General Election for Member of the House of Representatives in the Congress of the United States. There were cast:

|  | Gerald E. "Gerry" CONNOLLY (D) | Keith S. FIMIAN (R) | Joseph P. ODDO (IG) | Write-In Votes |
|---|---|---|---|---|
| Fairfax County (part) | 129,294 | 99,418 | 4,670 | 591 |
| **Prince William (part)** | 61,181 | 50,714 | 2,332 | 247 |
| Fairfax City | 6,125 | 4,627 | 269 | 26 |
| **TOTAL** | **196,600** | **154,759** | **7,271** | **864** |

As a result of the United States v Cunningham lawsuit, the US Federal District Court has ordered that returned UOCAVA absentee ballots received within the thirty days after the November 4, 2008 election be counted. Such ballots cast in the Counties of Albemarle, Fauquier, Fluvanna, Frederick, Gloucester, James City, New Kent, Page, Prince William, Roanoke, Spotsylvania, Stafford and Wise and the Cities of Colonial Heights, Newport News, Salem, Suffolk and Virginia Beach were processed by November 18, 2009 and the results thereof reported to the State Board of Elections. The amended totals are shown herein.

We, the undersigned members of the State Board of Elections, do hereby certify that the foregoing statement is true and correct.

We further certify that at a meeting held on November 23, 2009, having reexamined the certified abstracts on file in the office of the State Board of Elections of the votes given in the 11th **Congressional District** at the General Election held on November 4, 2008, and having made the foregoing statement of the whole number of votes so given, we ascertained and determined that

### GERALD E. CONNOLLY

having received the greatest number of votes cast in said election was duly elected a Member of the House of Representatives in the Congress of the United States for the term prescribed by law.

Given under our hands at Richmond, Virginia, this 23rd day of November, 2009.

_____, Chairman

_____, Vice Chairman

_____, Secretary