| Office | Ballot Name | Locality | CD | Precinct | New Vote Total | Original Vote Total |
|---|---|---|---|---|---|---|
| Member House of Representatives | Tom S. P. Perriello | ALBEMARLE COUNTY | 05 | Central Absentee | 4540 | 4539 |
| President and Vice President | Barack Obama and Joe Biden | ALBEMARLE COUNTY | 05 | Central Absentee | 4587 | 4586 |
| United States Senate | Mark R. Warner | ALBEMARLE COUNTY | 05 | Central Absentee | 5012 | 5011 |
| Member City Council | Kenneth B. Frenier | COLONIAL HEIGHTS CITY | N/A | Central Absentee | 651 | 650 |
| Member City Council | Roland J. Fontaine | COLONIAL HEIGHTS CITY | N/A | Central Absentee | 620 | 619 |
| Member City Council | T. Gregory Kochuba | COLONIAL HEIGHTS CITY | N/A | Central Absentee | 595 | 594 |
| Member House of Representatives | J. Randy Forbes | COLONIAL HEIGHTS CITY | 04 | Central Absentee | 1287 | 1285 |
| Member School Board | Sandra B. Coleman | COLONIAL HEIGHTS CITY | N/A | Central Absentee | 1113 | 1112 |
| President and Vice President | John McCain and Sarah Palin | COLONIAL HEIGHTS CITY | 04 | Central Absentee | 1219 | 1217 |
| United States Senate | James S. "Jim" Gilmore III | COLONIAL HEIGHTS CITY | 04 | Central Absentee | 861 | 860 |
| United States Senate | Mark R. Warner | COLONIAL HEIGHTS CITY | 04 | Central Absentee | 756 | 755 |
| Member House of Representatives | Frank R. Wolf | FAUQUIER COUNTY | 10 | Central Absentee | 1264 | 1263 |
| President and Vice President | John McCain and Sarah Palin | FAUQUIER COUNTY | 10 | Central Absentee | 992 | 991 |
| United States Senate | James S. "Jim" Gilmore III | FAUQUIER COUNTY | 10 | Central Absentee | 751 | 750 |
| Member House of Representatives | Judy M. Feder | FREDERICK COUNTY | 10 | Central Absentee | 891 | 890 |
| President and Vice President | Barack Obama and Joe Biden | FREDERICK COUNTY | 10 | Central Absentee | 1288 | 1287 |
| United States Senate | Mark R. Warner | FREDERICK COUNTY | 10 | Central Absentee | 1587 | 1586 |
| Member House of Representatives | Bill S. Day, Jr. | GLOUCESTER COUNTY | 01 | Central Absentee | 715 | 714 |
| Member House of Representatives | Robert J. "Rob" Wittman | GLOUCESTER COUNTY | 01 | Central Absentee | 1072 | 1071 |
| President and Vice President | Barack Obama and Joe Biden | GLOUCESTER COUNTY | 01 | Central Absentee | 887 | 886 |
| President and Vice President | John McCain and Sarah Palin | GLOUCESTER COUNTY | 01 | Central Absentee | 1068 | 1067 |
| United States Senate | James S. "Jim" Gilmore III | GLOUCESTER COUNTY | 01 | Central Absentee | 713 | 712 |
| United States Senate | Mark R. Warner | GLOUCESTER COUNTY | 01 | Central Absentee | 1150 | 1149 |
| President and Vice President | Barack Obama and Joe Biden | JAMES CITY COUNTY | 01 | Central Absentee | 3742 | 3741 |
| President and Vice President | John McCain and Sarah Palin | NEWPORT NEWS CITY | 03 | Central Absentee | 846 | 845 |
| United States Senate | James S. "Jim" Gilmore III | NEWPORT NEWS CITY | 03 | Central Absentee | 613 | 612 |
| Member House of Representatives | Eric I. Cantor | PAGE COUNTY | 07 | Central Absentee | 499 | 497 |
| President and Vice President | John McCain and Sarah Palin | PAGE COUNTY | 07 | Central Absentee | 463 | 461 |
| United States Senate | James S. "Jim" Gilmore III | PAGE COUNTY | 07 | Central Absentee | 339 | 337 |
| Member House of Representatives | Bill S. Day, Jr. | PRINCE WILLIAM COUNTY | 01 | Central Absentee | 2219 | 2218 |
| Member House of Representatives | Gerald E. "Gerry" Connolly | PRINCE WILLIAM COUNTY | 11 | Central Absentee | 12022 | 12020 |
| Member House of Representatives | Keith S. Fimian | PRINCE WILLIAM COUNTY | 11 | Central Absentee | 7241 | 7240 |
| President and Vice President | Barack Obama and Joe Biden | PRINCE WILLIAM COUNTY | 01 | Central Absentee | 2540 | 2539 |
| President and Vice President | Barack Obama and Joe Biden | PRINCE WILLIAM COUNTY | 11 | Central Absentee | 13047 | 13045 |
| President and Vice President | John McCain and Sarah Palin | PRINCE WILLIAM COUNTY | 11 | Central Absentee | 7706 | 7705 |
| United States Senate | James S. "Jim" Gilmore III | PRINCE WILLIAM COUNTY | 11 | Precinct | 6049 | 6048 |
| United States Senate | Mark R. Warner | PRINCE WILLIAM COUNTY | 01 | Central Absentee | 2566 | 2565 |
| United States Senate | Mark R. Warner | PRINCE WILLIAM COUNTY | 11 | Central Absentee | 13905 | 13903 |
| Member House of Representatives | R. W. "Bob" Goodlatte | ROANOKE COUNTY | 06 | Central Absentee | 2560 | 2559 |
| President and Vice President | John McCain and Sarah Palin | ROANOKE COUNTY | 06 | Central Absentee | 2263 | 2262 |
| United States Senate | James S. "Jim" Gilmore III | ROANOKE COUNTY | 06 | Central Absentee | 1509 | 1508 |
| Member House of Representatives | Anita Hartke | SPOTSYLVANIA COUNTY | 07 | Central Absentee | 343 | 342 |
| Member House of Representatives | Bill S. Day, Jr. | SPOTSYLVANIA COUNTY | 01 | Central Absentee | 2449 | 2448 |
| Member House of Representatives | Eric I. Cantor | SPOTSYLVANIA COUNTY | 07 | Central Absentee | 442 | 441 |
| Member House of Representatives | Nathan D. Larson | SPOTSYLVANIA COUNTY | 01 | Central Absentee | 67 | 66 |
| Member House of Representatives | Robert J. "Rob" Wittman | SPOTSYLVANIA COUNTY | 01 | Central Absentee | 2483 | 2479 |
| President and Vice President | Barack Obama and Joe Biden | SPOTSYLVANIA COUNTY | 01 | Central Absentee | 2915 | 2912 |
| President and Vice President | Barack Obama and Joe Biden | SPOTSYLVANIA COUNTY | 07 | Central Absentee | 402 | 401 |
| President and Vice President | John McCain and Sarah Palin | SPOTSYLVANIA COUNTY | 01 | Central Absentee | 2363 | 2359 |
| President and Vice President | John McCain and Sarah Palin | SPOTSYLVANIA COUNTY | 07 | Central Absentee | 420 | 419 |
| United States Senate | James S. "Jim" Gilmore III | SPOTSYLVANIA COUNTY | 01 | Central Absentee | 1751 | 1747 |
| United States Senate | James S. "Jim" Gilmore III | SPOTSYLVANIA COUNTY | 07 | Central Absentee | 313 | 312 |
| United States Senate | Mark R. Warner | SPOTSYLVANIA COUNTY | 01 | Central Absentee | 3375 | 3372 |
| United States Senate | Mark R. Warner | SPOTSYLVANIA COUNTY | 07 | Central Absentee | 484 | 482 |

| Office | Ballot Name | Locality | CD | Precinct | New Vote Total | Original Vote Total |
|---|---|---|---|---|---|---|
| Mayor | John D. Moss | VIRGINIA BEACH CITY | N/A | Central Absentee | 3005 | 2991 |
| Mayor | Meyera E. Oberndorf | VIRGINIA BEACH CITY | N/A | Central Absentee | 10601 | 10584 |
| Mayor | Scott W. Taylor | VIRGINIA BEACH CITY | N/A | Central Absentee | 2598 | 2592 |
| Mayor | W. D. "Will" Sessoms, Jr. | VIRGINIA BEACH CITY | N/A | Central Absentee | 7399 | 7391 |
| Member City Council - At Large | Georgia F. Allen | VIRGINIA BEACH CITY | N/A | Central Absentee | 6428 | 6418 |
| Member City Council - At Large | Keith Justin Strausbaugh | VIRGINIA BEACH CITY | N/A | Central Absentee | 1844 | 1836 |
| Member City Council - At Large | Leona M. "Lee" Shuler | VIRGINIA BEACH CITY | N/A | Central Absentee | 1438 | 1432 |
| Member City Council - At Large | Rosemary A. Wilson | VIRGINIA BEACH CITY | N/A | Central Absentee | 8300 | 8292 |
| Member City Council - Centerville | Robert M. "Bob" Dyer | VIRGINIA BEACH CITY | N/A | Central Absentee | 14417 | 14388 |
| Member City Council - Kempsville | Andrew R. Jackson | VIRGINIA BEACH CITY | N/A | Central Absentee | 5320 | 5309 |
| Member City Council - Kempsville | Harry E. Diezel | VIRGINIA BEACH CITY | N/A | Central Absentee | 7382 | 7373 |
| Member City Council - Kempsville | Jose P. "Joe" Flores III | VIRGINIA BEACH CITY | N/A | Central Absentee | 3862 | 3852 |
| Member City Council - Rose Hall | Glenn R. Davis, Jr. | VIRGINIA BEACH CITY | N/A | Central Absentee | 8179 | 8168 |
| Member City Council - Rose Hall | Reba S. McClanan | VIRGINIA BEACH CITY | N/A | Central Absentee | 8727 | 8709 |
| Member House of Representatives | Glenn C. Nye III | VIRGINIA BEACH CITY | 02 | Central Absentee | 14023 | 13995 |
| Member House of Representatives | Thelma D. Drake | VIRGINIA BEACH CITY | 02 | Central Absentee | 10229 | 10191 |
| Member School Board - At Large | Erika M. Walker-Cash | VIRGINIA BEACH CITY | N/A | Central Absentee | 4577 | 4572 |
| Member School Board - At Large | Gertrude H. "Bunny" Waugh | VIRGINIA BEACH CITY | N/A | Central Absentee | 3099 | 3096 |
| Member School Board - At Large | Mavel Z. Velasco | VIRGINIA BEACH CITY | N/A | Central Absentee | 2334 | 2328 |
| Member School Board - At Large | Patrick S. Salyer | VIRGINIA BEACH CITY | N/A | Central Absentee | 5427 | 5415 |
| Member School Board - At Large | Rita Sweet Bellitto | VIRGINIA BEACH CITY | N/A | Central Absentee | 7411 | 7401 |
| Member School Board - Centerville | Daniel D. "Dan" Edwards | VIRGINIA BEACH CITY | N/A | Central Absentee | 11632 | 11613 |
| Member School Board - Centerville | French Donald Mackes, Jr. | VIRGINIA BEACH CITY | N/A | Central Absentee | 2644 | 2635 |
| Member School Board - Kempsville | Sandra Smith-Jones | VIRGINIA BEACH CITY | N/A | Central Absentee | 14400 | 14375 |
| Member School Board - Princess Anne | William J. "Bill" Brunke IV | VIRGINIA BEACH CITY | N/A | Central Absentee | 13835 | 13808 |
| Member School Board - Rose Hall | Brent N. McKenzie | VIRGINIA BEACH CITY | N/A | Central Absentee | 7458 | 7441 |
| Member School Board - Rose Hall | Michael W. Stewart | VIRGINIA BEACH CITY | N/A | Central Absentee | 6167 | 6160 |
| President and Vice President | Barack Obama and Joe Biden | VIRGINIA BEACH CITY | 02 | Central Absentee | 14945 | 14907 |
| President and Vice President | Bob Barr and Wayne A. Root | VIRGINIA BEACH CITY | 02 | Central Absentee | 56 | 55 |
| President and Vice President | John McCain and Sarah Palin | VIRGINIA BEACH CITY | 02 | Central Absentee | 11025 | 10986 |
| United States Senate | Glenda Gail Parker | VIRGINIA BEACH CITY | 02 | Central Absentee | 171 | 170 |
| United States Senate | James S. "Jim" Gilmore III | VIRGINIA BEACH CITY | 02 | Central Absentee | 7481 | 7450 |
| United States Senate | Mark R. Warner | VIRGINIA BEACH CITY | 02 | Central Absentee | 17021 | 16987 |