# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 3:08CV709 |
| v. ) | |
| ) | |
| JEAN CUNNINGHAM, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

## UNITED STATES' SECOND NOTICE REGARDING FUTURE RELIEF

The United States respectfully notifies the Court that:

1. On November 4, 2009, the United States noted its intent to confer with the Defendants as to appropriate measures to be adopted to ensure UOCAVA compliance in future elections.

2. While the parties have conferred in good faith as to these measures, their discussions have not yet concluded. Accordingly, the United States respectfully notifies the Court of its intention to continue discussions with the Defendants and report to the Court in 30 days on what additional measures, if any, may be appropriate under the circumstances.

Respectfully submitted,

THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

/s/_____

Robin E. Perrin
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robin.Perrin2@usdoj.gov

T. CHRISTIAN HERREN
REBECCA J. WERTZ
RICHARD DELLHEIM (admitted *pro hac vice*)
LEMA BASHIR
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Ave., NW
Room NWB-7254
Washington, D.C. 20530
Phone: (202) 305-1291
Fax: (202) 307-3961
chris.herren@usdoj.gov
rebecca.j.wertz@usdoj.gov
richard.dellheim@usdoj.gov
lema.bashir@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 4th day of January 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

    Robert A. Dybing
    rdybing@t-mlaw.com
    *Attorney for the Defendant*

        By:
          /s/
          Robin E. Perrin
          Virginia State Bar No. 65825
          Assistant United States Attorney
          United States Attorney's Office
          600 East Main Street, Suite 1800
          Richmond, Virginia 23219
          Telephone: (804) 819-5400
          Facsimile: (804) 819-7417
          Email: Robin.Perrin2@usdoj.gov